**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN M. WILSON, | 2:07-cv-0616-LDG-LRL |
|      Plaintiff, | |
| v. | **ORDER** |
| AARGON AGENCY INC., et al., | |
|      Defendants. | |

THE COURT HEREBY ORDERS that plaintiff Brian Wilson's motion for entry of clerk's default (#58) is DENIED.

Dated this ___9___ day of May, 2011.

_____
Lloyd D. George
United States District Judge