# EXHIBIT   6

# EXHIBIT   6

```
Account #1670-005860 -- Impulse Telecom
Wilson, Brian
Balance:  $0.00
Current Schedule Date/Time:  03/14/2009  12:00AM
```

Plaintiff EXHIBIT   2
WITNESS  Duane Christie
DATE  August 11, 2009
Ellen A. Goldstein, CCR 829

|                     |              | Activity |           |
|---------------------|--------------|----------|-----------|
| Note Date/Time      | Collector ID | Code     | Note Text |

| Note Date/Time        | Collector ID | Code  | Note Text |
|-----------------------|--------------|-------|-----------|
| 12/15/2008  3:37PM    | 1            | RA    | Account Inactivated |
| 12/15/2008  3:37PM    | 1            | RA    | Status Code Modified ( Cec -> Cro ) |
| 12/15/2008  3:37PM    | 1            | RA    | This Acc Is Going Forward With Dt Suing Us Inactivated |
| 12/10/2008  5:03PM    | 1            | RA    | Requested Experian Deletion |
| 12/10/2008  5:03PM    | 1            | RA    | Requested Trans Union Deletion |
| 02/22/2008  3:48PM    | 103          | DA    | Account Flagged As Disputed. |
| 02/22/2008  3:48PM    | 103          | DA    | Received E-oscar Dispute 18526432600201001n040:account Involved In Litigation. Provide Or Confirm Complete Id And Verify All Account Information. Df Contact Number: ( ) - |
| 02/13/2008 10:31AM    | 799          | LA    | Received Telephone Call And Email From D's Attorney. Will Review With Duane. |
| 01/25/2008  2:47PM    | 99           | LA    | Review W/attny |
| 01/25/2008  2:46PM    | 1            | RA    | Info Again To Legal |
| 11/21/2007 11:16AM    | 1            | RA    | Info To Kristy To Update Case |
| 11/21/2007 11:16AM    | 99           | LA    | Review W/1 |
| 11/06/2007  5:47PM    | 799          | LA    | Rev. |
| 09/04/2007  8:14AM    | 103          | EO    | Responded To E-oscar As Valid 0437553147001    1 : Not His/hers. Provide Or Confirm Complete Id. |
| 08/29/2007  9:26AM    | 103          | EO    | Responded To E-oscar As Valid 17718707900201001n    1 : Not His/hers. Provide Or Confirm Complete Id. |
| 08/06/2007  4:12PM    | 430          | RC    | E-oscar Control # 1479024778001 112:claims Inaccurate Information. Provide Or Confirm Complete Id And Verify Account Information |
| 07/27/2007  9:17AM    | 423          | RA    | Itemized Bill Media Scanned |
| 07/27/2007  7:54AM    | 99           | RA    | Legal File Media Scanned |
| 07/26/2007  5:59PM    | 99           | LA    | Scanned Iz//forward All Documentation To Attny |
| 07/26/2007  5:56PM    | 99           | RA    | Itemized Bill Media Scanned |
| 07/25/2007 11:10AM    | 423          | TC    | Client Is Faxing Ocer All Info On Account |
| 07/25/2007  9:44AM    | 99           | LA    | Requesting All Documentation To Client Services Per Dc |
| 07/25/2007  8:28AM    | 1            | RA    | First Name Modified ( Brain -> Brian ) |
| 07/25/2007  8:28AM    | 1            | RA    | Rec'ed Law Suit Cbr Damages Claims Not Dt |
| 07/25/2007  8:27AM    | 1            | TA    | Debtor Info (1007 -> 1) |
| 01/16/2007  2:23PM    | 83           | RA    | No Reason 4 Hold. |
| 01/16/2007  2:23PM    | 83           | RA    | Dls On Hold Removed |
| 01/09/2007 10:20AM    | 83           | RA    | No Reason 4 Hold. |
| 01/09/2007 10:20AM    | 83           | RA    | Cbr On Hold Removed |
| 09/06/2006  1:48PM    | 42           | DA    | . |
| 09/06/2006  1:47PM    | 42           | EO    | Responded To E-oscar As Valid |
| 08/31/2006  9:19AM    | 42           | RA    | Dls On Hold (60 Days):  Poss Dispute |
| 08/31/2006  9:18AM    | 42           | RA    | Cbr On Hold (60 Days):  Poss Dispute |
| 08/31/2006  9:17AM    | 42           | FM    | Dtr Stated In E-oscar This Company Has Refused To Respond To My Written Dispute Of This Debit And Request For Proof/details Of The Debit.\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\| |
| 08/31/2006  9:17AM    | 42           | DA    | Recieved E-oscar Dispute |
| 06/26/2006 10:55AM    | 421          | FM    | Fwd To Ckuent |
| 06/23/2006  7:49AM    | 17           | TA    | Debtor Info (8 -> 1004) |
| 06/22/2006  5:43PM    | 4001         | FU    | 17 -- Pls Move To No More Ph Contact Que/ Dbter Put Us Oin Verbal C & D |
| 06/22/2006  5:42PM    | 4001         | FU    | 421 -- Debtor Called Demands Proof Of Dbt/ Dispute In Media Pls Send Iz To Dbters Addrs |
| 06/22/2006  5:41PM    | 4001         | TA    | Ta (128 -> 8) |
| 06/22/2006  5:36PM    | 4001         | RA    | Home Phone Put On Notice |

```
06/22/2006  5:36PM    4001 RP   Dtr Called / Refuses Pymt / Says Hes Putting Us On No
                                tice And Dsnt Want Anymore Phone Calls To His # And W
                                ants All Communications In Writing
06/22/2006  5:35PM    4001 CON  Inbound 7028383146
06/22/2006  9:26AM       0 AAM  {ivr Outcall} 8383146  Answering Machine.
06/19/2006 11:04AM       0 AAM  {ivr Outcall} 8383146  Answering Machine.
06/16/2006  2:32PM       0 AAM  {ivr Outcall} 8383146  Answering Machine.
06/13/2006 10:45AM     429 FM   Scanned In//pls Review
06/13/2006  9:51AM     429 RA   Dispute Media Scanned
06/12/2006 11:06AM       0 AAM  {ivr Outcall} 8383146  Answering Machine.
06/09/2006  3:36PM     428 FM   Fwd To Scan
06/08/2006  9:14AM       0 AAM  {ivr Outcall} 8383146  Answering Machine.
06/01/2006  1:01AM    1998 RA   Desktop Mailer Update: Current Addr Is Verified As De
                                liverable.
05/31/2006  4:50PM      47 TA   Ta (127 -> 128)
05/31/2006  4:49PM      47 CLL  Finish Manual Call
05/31/2006  4:49PM      47 CD   Manual Call 8383146
05/31/2006  4:49PM      47 LM   Tel Res / Lt Msg On Machine
05/25/2006 12:00AM       1 DL   Batch Dl:  Dl 1 (bal. $392.63)

57 Notes Printed -- User #1 -- 08/11/2009 11:49AM
```

4/25/2009

# Activity Code Report

| Code Abbreviation | Code Description |
|---|---|
| IB | INSURANCE BILLED |
| IC | INSURANCE CALLED |
| LA | LEGAL ACCOUNT |
| LM | LEFT MESSAGE |
| LN | LEFT MESSAGE NEARBY |
| LP | LOAN PENDING |
| MA | MODIFIED ADDRESS OR PHONE # |
| MR | MAIL RETURN |
| MS | MAIL SENT OUT AS REQUESTED |
| NA | NO ANSWER |
| NAN | NO ASSETS NOW |
| NC | NO CALL/COMMENTS |
| NFC | NOTE FROM CLIENT |
| OI | OPERATOR INTERRUPT |
| OT | OTHER |
| PD | POSTDATED CHECK ON FILE |
| PDM | PH DISK MULTIPLES SEARCH |
| PDN | PH DISK NEARBY SEARCH |
| PDP | PH DISK POE SEARCH |
| PE | PLACE OF EMPLOYMENT |
| PHR | PH DISK RESIDENCE SEARCH |
| PIP | WAMU PAYMENT IN FULL PENDING |
| PM | PAYMENT MADE |
| PON | PUT ON NOTICE / |
| PP | PROMISE TO PAY |
| PS | PROMISED TO SIF |
| RA | REVIEWED ACCOUNT/SUPERVISOR |
| RC | RECEIVED CORRESPONDENCE |
| RI | REQUESTED INFORMATION |
| RM | REFUSED MESSAGE |
| RP | REFUSED PAYMENT ARRANGEMENTS |
| SC | SKIP CALL |
| SIP | WAMU SIF PENDING |
| SK | SKIP |
| SK1 | SKIP NO PHONE GOOD ADDRESS |
| SK2 | NO PHONE BAD ADDRESS VALID SS# |
| SK3 | NO PHONE BAD ADDRESS NO OR INVALID SS# |
| SK4 | DT NAME ERROR NO PHONE |
| SK5 | EXHAUSTED ALL EFFORTS |
| SL | SENT TO LEGAL |
| ST | SENT TO SKIP TRACE |
| TA | TRANSFER ACCOUNT |

Plaintiff EXHIBIT 3
WITNESS Duane Christly
DATE August 11, 2009
Ellen A. Goldstein, CCR 829

ACA369

4/25/2009

# Activity Code Report

| Code Abbreviation | Code Description |
|---|---|
| TC | TALKED TO CLIENT |
| TD | TALKED TO DEBTOR |
| TM | TELEPHONE MULTIPLES |
| TN | TELEPHONE NEARBY |
| TO | TALKED TO OTHER |
| TRN | TRANSFER |
| TS | TALKED TO SPOUSE |
| TX | TAX ASSESSOR |
| UTL | SKIP UNABLE TO LOCATE |
| WI | WALKIN |
| WM | WAITING ON MEDIA |
| WP | WRONG PARTY |

**96 Activity Codes**

ACA370

# EXHIBIT   7

# EXHIBIT   7

# Transcript of the Testimony of
# **DWAYNE CHRISTY**

**Date:** March 13, 2009

**PAGES:** 1 - 175

**Case:** WILSON v. AARGON AGENCY COLLECTION AGENCY

SOS Litigation Services, LLC.
Phone:702-255-5514
Fax:702-974-0125
Email:help@soslit.com
Internet: www.soslit.com

DWAYNE CHRISTY    3/13/2009

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


BRIAN M. WILSON,            )   CASE NO.:
                           )   2:07-cv-00616-LDG(LRL)
          Plaintiff,       )
                           )
vs.                        )
                           )
AARGON AGENCY, INC., a Nevada )
corporation, DOES I-V,     )
inclusive and ROE Corporations )
VI-X, inclusive,           )
                           )
          Defendant.       )
                           )



DEPOSITION OF DWAYNE CHRISTY


Taken on Friday, March 13, 2009

at 9:15 a.m.

at 4760 South Pecos Road

Suite 103

Las Vegas, Nevada



Reported by:  Gina J. Mendez, CCR No. 787

2118273d-4aef-49f2-9037-55ec5fa5a789

DWAYNE CHRISTY    3/13/2009

Page 2

1    APPEARANCES:
2    For the Plaintiff:
            CRAIG B. FRIEDBERG, ESQ.
3            Law Offices of Craig B. Friedberg
            4760 South Pecos Road
4            Suite 103
            Las Vegas, Nevada   89121
5            (702) 435-7968
6    For the Defendant:
            MARK BOURASSA, ESQ.
7            The Bourassa Law Group, LLC
            3025 West Sahara Avenue
8            Suite 200
            Las Vegas, Nevada   89102
9            (702) 851-2180
10    Also Present:  Brian Wilson
11
12
13                    I N D E X
14    WITNESS                                    PAGE
    DWAYNE CHRISTY
15
    Examination by Mr. Friedberg               3
16
17
18                  E X H I B I T S
19
    EXHIBITS                                    PAGE
20
    Exhibit 1   Plaintiff's Amended Notice      3
21
    Exhibit 2   Note printout                   72
22
    Exhibit 3   Letter dated June 7, 2006      166
23
24
25

DWAYNE CHRISTY     3/13/2009

Page 94

1  particular piece of software to --

2     A.  Not manually, no, it comes back with the results

3  and the results are entered into the system.

4     Q.  Is that usually done the day after the first

5  human touches the account?

6     A.  No, that's probably about when we started using

7  that software.

8     Q.  So that's what I meant by did somebody have to

9  actually hit a key for that software to apply to this

10 account?

11    A.  No, because in most cases that software is run

12 before the piece of mail is sent out because it only

13 makes sense to validate it prior.

14    Q.  So then when the next entry here is 6/8/2006,

15 does that literally mean that no one touched the file or

16 nothing occurred on this account for that week between

17 6/1 and 6/8?

18    A.  Correct.

19    Q.  Is that something that's part of the software

20 or --

21    A.  No, we left a message.  We usually give, you

22 know, five to seven days.

23    Q.  Now, is there any way to know what the message

24 that was left on the machine was?

25    A.  We have a script, there's a standardized message.

DWAYNE CHRISTY    3/13/2009

Page 95

1    Q.   6/8/2006, 9:14 a.m., zero, and you said zero is

2    meaning that there's something automated going on?

3    A.   That's the dialer.

4    Q.   Oh, that's just the dialer?

5    A.   Correct.

6    Q.   What does IVR stand for?

7    A.   Interactive voice response.

8    Q.   Is that actually -- IVR out call means the

9    dialer?

10   A.   Yeah.

11   Q.   The automatic dialer, then, is just running

12   through the queue of phone numbers?

13   A.   Correct.

14   Q.   Does somebody that morning set that up or is

15   that --

16   A.   At that point in time it was still manually

17   built.

18   Q.   So then would it be the operations person either

19   the beginning of the day or the beginning of the week

20   would assign certain people certain --

21   A.   Operations or the floor manager would.

22   Q.   So it's, again, it makes a call to what appears

23   to be the same phone number as what was left on 5/31 and

24   then it just says, Answering machine.

25        So what does that mean?

DWAYNE CHRISTY    3/13/2009

Page 96

1    A.  It left a message on the answering machine.

2    Q.  Does the automatic dialer always leave a message?

3    A.  Yes.

4    Q.  The next entry is 6/12/2006 at 11:06 a.m. -- oh,
5    I'm sorry, AAM stands for?

6    A.  I think it's just automated auto manual, I forget
7    what that code is.

8    Q.  The one above that has a number of 428 and you
9    said that's a clerk, what do you mean by a clerk number?

10    A.  Human being, clerk.

11    Q.  That's somebody that works there, that's not a
12    collector?

13    A.  Correct.

14    Q.  And that's not in the supervisory role?

15    A.  Correct.

16    Q.  What do these clerks do?

17    A.  Open mail, deal with media, help clients.

18    Q.  Are you familiar with who ID No. 428 was?

19    A.  No.

20    Q.  What does FM stand for?  That's under the
21    activity code for that day.

22    A.  That's the code that they get because they get
23    credit for activities and that's their activity code for
24    scanning.

25    Q.  So FM essentially means forward to scan?

2118273d-4aef-49f2-9037-55ec5fa5a789

Page 97

1      A.  I believe so, yeah.  It shows that they're

2  scanning.

3      Q.  And is there any way to know what they're

4  scanning?

5      A.  It says, Forward to scan, which means they

6  scanned the document into the file.

7      Q.  What document?

8      A.  I believe we supplied you with media, the copy of

9  the media that would have been scanned.

10          MR. BOURASSA:  That would have been the

11  dispute.

12          THE WITNESS:  Sorry, the consumer's dispute.

13  BY MR. FRIEDBERG:

14      Q.  So 6/13/2006 at 9:51 -- oh, okay.  Wait, I'm

15  sorry, we skipped one.

16      So 6/9 -- so then what were we talking about on

17  6/9, where it has 428 FM forward to scan?

18          MR. BOURASSA:  That's what you were just

19  talking about.

20  BY MR. FRIEDBERG:

21      Q.  Right, but then you were talking about the

22  dispute letter, that doesn't occur until 6/13?

23      A.  Yeah, what they did is they put a note in that

24  they have media that needs to be scanned, that's what

25  that is.

DWAYNE CHRISTY     3/13/2009

Page 98

1      Q.   Forward to scan means that we have something that

2   needs to be scanned?

3      A.   Needs to be scanned, correct.

4      Q.   So that's essentially the computer putting it on

5   someone's job list?

6      A.   Correct.

7      Q.   6/12/2006 has a zero a.m. so, again, we're

8   talking about the automatic dialer?

9      A.   The dialer.

10     Q.   And it's another call to the same number and

11  answering machine meaning there was a message left on

12  the answering machine?

13     A.   Correct.

14     Q.   At this point in time in June of 2006, did you

15  have anybody at Aargon who was, you know, looking for

16  disputes or knew what to do with disputes when they came

17  in?

18     A.   Clerks opened them and sent them off to be

19  scanned and then the letters were sent down to the

20  dispute department.

21     Q.   So presumably then if the 6/9 and the 6/13

22  entries all have to do with my client's dispute because

23  you're saying dispute media scanned --

24     A.   Right.

25     Q.   -- how would you interpret whether that the

DWAYNE CHRISTY    3/13/2009

Page 99

1    dispute came -- the dispute arrived at Aargon on 6/9?

2       A.  I would say 6/9, correct.

3       Q.  Or somebody at Aargon recognized there was a

4    dispute media?

5       A.  Correct, and put the note in and sent it off.

6       Q.  Now, when a consumer dispute comes in, what is

7    the policy and procedure for that?

8       A.  At that point in time we'll send the media down

9    to the dispute department.

10      Q.  Should that normally have been done the same day

11   as it came in?

12      A.  If it was certified or if it was a cease and

13   desist it was the policy at that point in time.

14            MR. BOURASSA:  Can we take a quick break?

15            MR. FRIEDBERG:  Yes.

16               (A short break was taken.)

17   BY MR. FRIEDBERG:

18      Q.  There's nothing on this note screen that tells

19   you, per se, exactly when the dispute letter was

20   received at Aargon; is that correct?

21      A.  Correct.

22      Q.  However, I guess your surmise is that because on

23   6/9 someone keyed in that something needed to be

24   scanned?

25      A.  Correct.

DWAYNE CHRISTY    3/13/2009

Page 108

1    A.   No.

2    Q.   Then moving up to 6/16 at 2:32 you have another,

3  I presume, another automated voice call?

4    A.   Correct.

5    Q.   Not a voice call, automated --

6    A.   Dialer call.

7    Q.   -- dialer call to the same number with that

8  automated dialer leaving an automated answer?

9    A.   Correct.

10    Q.   Is the answer the same for every time or are

11  there various --

12    A.   It's the same.

13    Q.   Then, again, on 6/19 there's another call out and

14  on 6/22 at 9:26 there's another automatic dialer call

15  out; is that correct?

16    A.   Correct.

17    Q.   Now, there's a lot of stuff here for 6/22, so I'm

18  going to ask you to slowly go through this so I

19  understand what I'm looking at.

20        Is the 5:35 p.m. the second entry that occurred

21  on 6/22?

22    A.   Correct.

23    Q.   4001, again, you're saying that's --

24    A.   That's Hawaii.

25    Q.   Do you know who 4001 was in 2006?

DWAYNE CHRISTY    3/13/2009

Page 109

1    A.  I believe that's Danny -- what's Danny's last
2    name -- I can't think of his last name.
3    Q.  Is he still with you?
4    A.  Yes.
5    Q.  Is he still the manager there?
6    A.  Yes.
7    Q.  What does CON refer to, the activity code CON?
8    A.  It looks -- it tells me that it was an inbound
9    call through the dialer system, callback.
10   Q.  So that means that whoever is -- someone is
11   calling in from 838-3146?
12   A.  That was an inbound call trapped by the caller ID
13   from that number.
14   Q.  But you don't recall what exactly CON stands for?
15   A.  No, I would have to pull the exact code.
16   Q.  So on 5:36 we have Danny in Hawaii?
17   A.  Uh-huh.
18   Q.  Now, is Danny picking this up because at five
19   o'clock your phones shut down in Las Vegas?
20   A.  Correct.
21   Q.  So would it be accurate that at this time if this
22   call had come in at seven o'clock in the morning it
23   would have been picked up at seven o'clock in the
24   morning Las Vegas time, it would have been picked up by
25   someone in the Florida office?

DWAYNE CHRISTY   3/13/2009

1    A.   That's correct.

2    Q.   So what does RP stand for?

3    A.   Responsible party.

4    Q.   And, again, that's essentially a default code?

5    A.   Correct -- well, he's using a code in there that

6    he's talking to the consumer and he validated the person

7    that he's speaking to.

8    Q.   So DTR is debtor?

9    A.   Correct.

10   Q.   Debtor called, refuses payment, is that --

11   A.   Those are all defaults, yeah.

12   Q.   And then if you could read --

13   A.   From after that it says, He's putting us on

14   notice and doesn't want any more phone calls to his

15   number and wants all communications in writing.

16   Q.   Now, would there be anything in here presuming

17   that during this conversation Danny talked to him about

18   the debt or that's up to him to put it or not?

19   A.   He would have validated the information from the

20   individual and spoke to the individual about the debt,

21   yes.

22   Q.   That is expected --

23   A.   Yes.

24   Q.   You mentioned that there should be a policy and

25   procedure manual for your client services division, is

2118273d-4aef-49f2-9037-55ec5fa5a789

DWAYNE CHRISTY    3/13/2009

Page 113

1    queue.

2        Q.  And then above that is another 6/22 entry and

3    then later 5:42 p.m., again, Danny Robinson, and then an

4    FU activity code?

5        A.  Follow up.

6        Q.  And then it starts with No. 421, can you

7    please --

8        A.  Debtor called, demands proof of debt, dispute in

9    media, which means that it's scanned in, please send the

10   itemized to debtor's address.

11       Q.  IZ is itemized?

12       A.  Yeah, any validation of documents is referred

13   to -- is an itemized.

14       Q.  What is the numbers 421 at the beginning of what

15   you read stand for?

16       A.  That's the direction to the follow up.  So 4001

17   sent a note internally to 421 telling him what to do.

18       Q.  So that's another ID, collector ID or --

19       A.  Clerk.

20       Q.  Clerk ID?

21       A.  Yeah.

22       Q.  So exactly what is he telling the clerk to do

23   there?

24       A.  Because they don't mail out of Hawaii, he's

25   telling her to print the information and mail it out.

2118273d-4aef-49f2-9037-55ec5fa5a789

DWAYNE CHRISTY      3/13/2009

Page 139

1       A.  I transferred the account and it tells me the
2   account even though the holds were removed, was never
3   put into active flow because you see it's sitting in the
4   1000 queue, which is not a workable collector queue.  So
5   when we received the notice, I moved it from that queue
6   to my queue.
7       Q.  What is your queue?
8       A.  Just that, my queue.  I only put things that I
9   need to follow up on in my personal follow-up queue.
10      Q.  Does that take it off of everyone else's screen?
11      A.  Yes.
12      Q.  Since these are your entries, if you could just
13  go through these, 7/25/2007, 8:28, and what is the next?
14      A.  I received the lawsuit, CBR damages, claims not
15  debtor, and I fixed the spelling of the name.
16      Q.  So in other words, if this had been pulled prior
17  to July 25 up at the top it would have been Wilson,
18  comma, Brian?
19      A.  Correct.
20      Q.  And the one above what you just read, 7/25/2007
21  also 8:28 a.m., that's what you were just talking about?
22      A.  Correct.
23      Q.  First name modified.
24          Now, who gets lucky No. 99 as an employee?
25      A.  That was Christie Bourassa.

2118273d-4aef-49f2-9037-55ec5fa5a789

DWAYNE CHRISTY    3/13/2009

Page 157

1    A.  Scanned in and sent down to QA to deal with.

2    Q.  And the first paragraph says, I have received --

3    the first sentence says -- I received the enclosed

4    collection letter from your company.

5        Do you see that?

6    A.  Yes.

7    Q.  And then if you look at the next page, this is

8    ACA page 08, does that look familiar?

9    A.  Yes.

10   Q.  And is that an accurate representation of what

11   you sent out on behalf of this client --

12   A.  Yes.

13   Q.  -- at this point in time?

14   A.  Correct.

15   Q.  You're appraising here amount owed, that interest

16   and total due, the amount owed comes from what

17   information?

18   A.  The balance the client transmitted to us.

19   Q.  The interest of 1.95, what information gave you

20   the interest amount to add?

21   A.  The client tells us that there's an interest

22   clause in this agreement.  I don't know if it's defined

23   or not, but this allows 2 percent above prime so

24   whenever there's an interest agreement.

25   Q.  Well, who at Aargon decides whether they're doing

2118273d-4aef-49f2-9037-55ec5fa5a789

DWAYNE CHRISTY    3/13/2009

Page 163

1   period, as you're well aware, there was no coverage from
2   my previous lawsuit.
3        Q.  Actually, I'm not well aware of that and that --
4   talk about irrelative.  I'm not coverage counsel and I
5   try not to get involved in coverage disputes between my
6   defendants and their insurance companies.  There's a
7   statement in the letter that was provided to us that
8   states that our investigation is determined, this is by
9   Travelers, that Aargon Agency received the complaint
10  sometime between May 10th, 2007 and February 2008, the
11  claim was received by Travelers on December 11, 2008; is
12  that true or not, was the first time that you --
13       A.  As far as submitting the claim, that would be
14  true.
15       Q.  What occurred between July 25, 2007 and
16  December 11, 2008 that caused you not to put in a claim
17  to your insurance company with regards to this lawsuit?
18       A.  I was told that you folks were being denied my
19  insurance coverage and my insurance coverage was being
20  denied.
21       Q.  Who told you that Travelers was -- when you say
22  that us folks, I don't understand what that means, but
23  that's not the question I want to ask you.
24           A couple of minutes ago you said that when you
25  first received notice of this lawsuit somewhere at the

2118273d-4aef-49f2-9037-55ec5fa5a789

DWAYNE CHRISTY    3/13/2009

Page 164

1    end of July 2007 you spoke at least on the phone with

2    somebody at Travelers; is that correct?

3        A.  George Cesar with American Collectors

4    Association.

5        Q.  Is that who the insurance broker is?

6        A.  ACA I believe brokers out the policies.

7        Q.  So you made a verbal claim, you told him about

8    this claim?

9        A.  And he told me that our policy was in question.

10       Q.  Let me show this just to refresh your memory,

11   this is a letter sent to you by Travelers on January 9

12   of this year.

13       A.  That was sent to the Bourassa Law Group.

14       Q.  I'm sorry, correct.

15           Have you responded to this letter?

16       A.  I personally have not, no.

17       Q.  Have you tried to appeal the decision by

18   Travelers that you were not covered?

19       A.  I would have to ask counsel if they have, I don't

20   know.

21       Q.  So you have not?

22       A.  No.

23       Q.  Have you ever gone back to George, I'm sorry,

24   what was his last name?

25       A.  Cesar.

2118273d-4aef-49f2-9037-55ec5fa5a789

DWAYNE CHRISTY    3/13/2009

Page 165

1    Q.  George Cesar to ask him to confirm that you did

2   make -- that you did inform them of this claim prior to

3   the expiration of the policy?

4    A.  No.

5    Q.  Is there any reason why you have not done so?

6    A.  A, didn't know it was an ability to; and B, at

7   this point particularly we weren't sure if we were going

8   to stay in business so there was no need.

9    Q.  Are you staying in business?

10    A.  Currently.

11    Q.  When do you send in your audit to FID, is that at

12  the end of the year or at the beginning of the year for

13  the year before?

14    A.  They just audited us two months ago.

15    Q.  At that time did you inform them that there was a

16  possibility that you would be going out of business?

17    A.  We let them know that as we're all aware that

18  most collection agencies in this industry that we've

19  taken a major hit.  Their concerns are only that our

20  trust is in balance and our clients funds are secured.

21    Q.  Is the amount that the regulations state you have

22  to keep with FID or with surety is that being maintained

23  at the time?

24    A.  We have surety bond.

25    Q.  I believe 25,000?

2118273d-4aef-49f2-9037-55ec5fa5a789

DWAYNE CHRISTY    3/13/2009

Page 166

1    A.  I don't know what the bond is.

2    Q.  I think that's what it is.

3        Who is M. McClemy?

4    A.  Randall McClemy.

5    Q.  It's actually Randall McClemy?

6    A.  Yeah, Randy, Randall.

7    Q.  Does he have a middle name?

8    A.  No.

9            MR. FRIEDBERG:  I'd like to make this the

10   next exhibit in order.

11            (Whereupon, Plaintiff's Exhibit No. 3

12            was marked for identification.)

13   BY MR. FRIEDBERG:

14   Q.  This is essentially a photo -- well, the first

15   page is a photocopy of -- what page is it -- I took it

16   out, but it's the same June 7th letter that we looked at

17   before, this time it has something written on the

18   bottom, which is a tracking number.  Looking at the

19   second page of this exhibit, could you flip it over to

20   the second page, please.  We see that it was delivered

21   on June 8th at apparently 6:23 and why I was asking

22   because it has down here M. McClemy and it's not M.,

23   it's Randall McClemy?

24   A.  Uh-huh.

25   Q.  Who is Randall McClemy?

DWAYNE CHRISTY    3/13/2009

Page 167

1      A.   He was a collection manager back then.

2      Q.   That's a different post that you mentioned to me.

3  Does that mean he's -- is that the floor manager?

4      A.   He's not even on the account.  I don't think his

5  notes are anywhere on there.

6           MR. BOURASSA:  No, he wants to know --

7           THE WITNESS:  He was floor manager.

8  BY MR. FRIEDBERG:

9      Q.   You said collection manager, we never talked

10  about anybody called a collection manager before.

11           And he just happened to be there --

12      A.   Correct.

13      Q.   -- when that came by?

14           Now, going back to page 1, looking at that, if

15  you had been working with your Q and A people, would you

16  have considered this a cease and desist letter?

17           MR. BOURASSA:  Objection.  Calls for

18  speculation.  Incomplete hypothetical.

19  BY MR. FRIEDBERG:

20      Q.   Well, were you working with them when this came

21  in on June 13th, 14th of --

22      A.   I didn't work with them with this account.

23      Q.   You said that you train them by actually --

24      A.   Correct.

25      Q.   So had this letter come in, would this have

2118273d-4aef-49f2-9037-55ec5fa5a789

DWAYNE CHRISTY    3/13/2009

1                    CERTIFICATE OF REPORTER

2    STATE OF NEVADA        )
                            )   ss.
3    COUNTY OF CLARK        )

4                I, Gina J. Mendez, a duly commissioned Notary

5    Public, Clark County, State of Nevada, do hereby

6    certify:  That I reported the taking of the deposition

7    of the witness, DWAYNE CHRISTY, commencing on Friday,

8    March 13, 2009 at 9:15 o'clock a.m.;

9                That prior to being examined, the witness was

10   by me duly sworn to testify to the truth.  That I

11   thereafter transcribed my said shorthand notes into

12   typewriting and that the typewritten transcript of said

13   deposition is a complete, true and accurate

14   transcription of said shorthand notes.

15                I further certify that I am not a relative or

16   employee of an attorney or counsel of any of the

17   parties, nor a relative or employee of an attorney or

18   counsel involved in said action, nor a person

19   financially interested in the action.

20                IN WITNESS WHEREOF, I have hereunto set my

21   hand in my office in the County of Clark, State of

22   Nevada, this 27th day of March, 2009.

23

24                        Gina J. Mendez, CCR No. 7__

25

# EXHIBIT   8

# EXHIBIT   8

ACA
3160 S VALLEY VIEW SUITE 206
LAS VEGAS, NV 89102-8316

# AARGON
## COLLECTION AGENCY
### THE ONLY REAL SOLUTION

Phone Toll Free:  (800) 280-1183 ext 333

S-SFAARG10 L-DL1 A-1670-005860
P00053W00500001 I00001

## DELINQUENT ACCOUNT

| | |
|---|---|
| Account Number | 1670-005860 |
| Amount Owed | $390.68 |
| Interest | $1.95 |
| Total Due | $392.63 |

**AUTO**SCH 3-DIGIT 890
DL1 1670-005860
BRAIN WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130-1957

Dear BRAIN WILSON,                                              June 1, 2006

Regarding : IMPULSE TELECOM

Your overdue account with IMPULSE TELECOM has been placed with this office for collection.  The total balance due on the account is set forth above.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid.  If you notify this office in writing within thirty (30) days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the above creditor.

If you do not dispute the balance of the debt, it would be beneficial to you to forward your payment to our office.  Please make your check payable to our client.

This communication is from a debt collector.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

Si usted no puede comprender o leer esto en ingles por favor llame al numero telefonico de este aviso.
(Please visit our website at www.aargon.com or you may call 800-280-1183 ext 333, 7days a week, 24 hours a day to make payments).

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

8339                              ✂ Detach Bottom Portion And Return With Payment ✂

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Phone Toll Free: (800) 280-1183 ext 333**

If you wish to pay by credit card, fill in the information below and return.

Check One: ☐ MC  ☐ VISA  ☐ AMEX

| Account Number | Total Due | Amount Enclosed |
|---|---|---|
| 1670-005860 | $392.63 | $ |
| Client | IMPULSE TELECOM | |

Credit Card Number

Amount Paid:                Expiration Date:

Signature of Card Holder                          Date

Daytime Phone: (        )          -

Evening Phone: (        )          -

AARGON COLLECTION AGENCY
3160 S VALLEY VIEW SUITE 206
LAS VEGAS, NV 89102-8316

**URGENT NOTICE**

☐ Please check box if address is incorrect or information has changed, and indicate change on reverse side
ACA000008

# EXHIBIT 9

# EXHIBIT 9

5512 Tincup Dr
Las Vegas, NV 89130

June 7, 2006

Reference: Account Number 1670-005860

Aargon Collection Agency
3160 S Valley View
Suite 206
Las Vegas, NV 89102-8316

Dear Sir or Madam:

I have received the enclosed collection letter from your company.

I believe this debit to be invalid. I do not know who Impulse Telecom is, and I surely do not owe them any money. I can only assume this is a case of mistaken identity on the part of your company.

Please provide detailed proof of this debit, including past due invoices and statements. I assume based on the name (Impulse Telecom) that this is some type of phone service company. If so, provide the address where service was provided along with a copy of the original work order for service that established this account signed by me.

If you can not provide the proof requested above, I request all record of this debit be removed from my file and collection activity ceases immediately.

Any negative information reported to any credit bureau regarding this debit, without providing proof of debt will result in legal action.

Thank you for your assistance.

Sincerely,

Brian M Wilson

ACA000007

# EXHIBIT   10

# EXHIBIT   10



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

06/22/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **346876860058357**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Las Vegas |
| Signed for by: | MMCCLEMY | Delivery date: | Jun 8, 2006 18:23 |
| Service type: | Ground-Adult Signature Required-Domestic | | |



M.MCCLEMY
#116; 18:23; 1 Del, 0 NonDel

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 346876860058357 | Ship date: | Jun 7, 2006 |
| | | Weight: | 0.1 lbs. |
| Recipient: | | Shipper: | |
| Las Vegas, NV US | | Las Vegas, NV US | |

Thank you for choosing FedEx Ground.

FedEx Ground
Delivery Information Department
1.800.GoFedEx 1.800.463.3339

# EXHIBIT 11

# EXHIBIT 11

LAW OFFICES OF

# Craig B. Friedberg, Esq.

4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
PHONE: (702) 435-7968   FAX: (702) 946-0887

August 21, 2009

Mark J. Bourassa, Esq.
The Bourassa Law Group, LLC
3025 W. Sahara Ave., Suite 105
Las Vegas, NV 89102

      Re:   *Wilson v. Aargon Agency, Inc.*
             Case No.:    2:07-cv-00616 LDG (LRL)

Dear Mr. Bourassa:

    As promised, enclosed is Plaintiff's document production in response to Defendant's request for production of documents.

           Very Truly Yours,

           Craig B. Friedberg, Esq.

Enclosures

CBF/id


# Bureau

View Full Report    Dispute Information    Get Report Keys

**Prepared for: BRIAN MICHAEL WILSON**          Report Date: **Aug 12, 2006**

Personal Profile | Credit Summary | Public Records | Credit Inquiries | Account History | Credit Score

## Personal Profile

Here you will find the personal information contained in your credit file, including your legal name(s), current and previous addresses, current and previous employers, and date of birth.

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| Name: | BRIAN MICHAEL WILSON | BRIAN M WILSON | BRIAN M WILSON |
| Also Known As: | BRYAN M WILSON | | |
| Year of Birth: | 1974 | 1974 | 1974 |
| Current Address: | 5512 TINCUP DR LAS VEGAS NV 89130 | 5512 TINCUP DR LAS VEGAS NV 89130-1957 751 N TENAYA WAY APT 201 LAS VEGAS NV 89128-0621 | 5512 TINCUP DR LAS VEGAS NV 89130 751 N TENAYA WY LAS VEGAS NV 89128 |
| Previous Address(es): | 751 N TENAYA WY APT 201 LAS VEGAS NV 89128 | 5010 INDIAN RIVER DR APT 242 LAS VEGAS NV 89103-6104 | 64 PARKVIEW LACKAWANNA NY 14218 |

^Top of Page^

## Credit Summary

This section gives you a broad look at your current and past credit status. Here you'll find the total number of closed and open accounts in your name, the total balance on those accounts, whether you have any delinquencies, and the number of inquiries made into your credit file within the past 6 months.

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| Count: | 0 | 0 | 0 |
| Balance ($): | $0 | $0 | $0 |
| Current: | 0 | 0 | 0 |
| Delinquent: | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 |
| Count: | 15 | 18 | 16 |
| Balance ($): | $70,030 | $72,752 | $7,894 |
| Current: | 14 | 16 | 15 |
| Delinquent: | 0 | 0 | 0 |
| Other: | 1 | 2 | 1 |
| Count: | 5 | 5 | 5 |
| Balance ($): | $37,224 | $37,224 | $37,224 |
| Current: | 5 | 5 | 5 |
| Delinquent: | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 |
| Count: | 3 | 0 | 3 |
| Balance ($): | $2,722 | $0 | $66,755 |
| Current: | 2 | 0 | 3 |
| Delinquent: | 0 | 0 | 0 |
| Other: | 1 | 0 | 0 |

Report                                                                    Page 2 of 27

|  | Count: | 0 | 1 | 1 |
|---|---|---|---|---|
|  | Balance ($): | $0 | $397 | $397 |
|  | Current: | 0 | 0 | 0 |
|  | Delinquent: | 0 | 1 | 1 |
|  | Other: | 0 | 0 | 0 |
|  | Count: | 23 | 24 | 25 |
|  | Balance ($): | $109,976 | $110,373 | $112,270 |
|  | Current: | 21 | 21 | 23 |
|  | Delinquent: | 0 | 1 | 1 |
|  | Other: | 2 | 2 | 1 |
|  | Open Accounts: | 10 | 10 | 11 |
|  | Closed Accounts: | 13 | 14 | 14 |
|  | Public Records: | 0 | 0 | 0 |
|  | Inquiries (Prev 6 Months): | 0 | N/A | 0 |

^ Top of Page ^

**Public Records**

The information in this section comes from federal district bankruptcy records, state and county court records, tax liens and monetary judgments, and in some states, overdue child support records. Public records remain on your credit report for 7-10 years.

There are **0** public record items on your report.

^ Top of Page ^

**Account History**

This section contains specific information on each account you've opened in the past. Positive information about your accounts remains on your report indefinitely.

AARGON COLLECTION AGEN

|  | Equifax | Experian | TransUnion |
|---|---|---|---|
| Account Number: |  | 167000XXXX | 167000XXXX |
| Acct Type: |  | Collection Department / | Collect on Account |

|  | Agency / Attorney |  |
|---|---|---|
| Acct Status: | Closed | Open |
| Monthly Payment: | $0 | N/A |
| Date Open: | May, 2006 | May, 2006 |
| Balance: | $397 | $397 |
| Terms: | Unknown | N/A |
| High Balance: | N/A | N/A |
| Limit: | N/A | N/A |
| Past Due: | $397 | N/A |
| Remarks: | N/A | Placed for collection |
|  | Seriously past due date / assigned to attorney, |  |
| Payment Status: | collection agency, or credit grantor's internal collection department | Collection account |

### 🖳 Account Two Year History                                    🔃 Legend

| Year: |  |  |  |  | Year 1 |  |  |  |  |  |  |  |  |  |  |  | Year 2 |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2005 > |  |  |  |  |  |  |  |  |  |  |  | 2006 > |  |  |  |  |  |  |  |  |  |  |  |
| Month: | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Experian: | ND | ND | ND | ND | ND | NC | NC | ND | ND | ND | ND | ND | ND | NC | NC | ND | ND | ND | ND | ND | NC | NC | ND | 😊 |

^Top of Page^

033

Printable Full Report                                                                 Page 1 of 21

# experian                                                                            X Close

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**BRIAN M WILSON**
Your report number is
**1479024778**
Report date:
**08/12/2006**

Index
- ...
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

Experian collects and organizes information about you and your credit history from public records, your creditors and other relia
sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allow
law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny cred
credit grantor makes that decision based on its own guidelines

## Potentially Negative Items                                                         ba

## Credit Items

For your protection, the last few digits of your account numbers do not display.

**AARGON COLLECTION AGENCY**
*This item is currently being investigated.*
Address.
3160 S VALLEY VW STE 206      1670005860      IMPULSE TELECOM
LAS VEGAS, NV 89102
*No phone number available*

Status: Collection account. $397 past due as of Aug 2006      This account is scheduled to continue on
                                                              until Jan 2010

| Date Opened | | | |
|---|---|---|---|
| 05/2006 | Collection | $391 | |
| Reported Since | | | |
| 10/2003 | NA | NA | |
| Date of Status | | | |
| 10/2003 | $0 | $397 as of 08/2006 | |
| Last Reported | | | |
| 08/2006 | Individual | $0 | |

Collection as of Aug 2006, Oct 2003

## Accounts in Good Standing                                                          ...



A Blings
PO BOX 297812
FT LAUDERDALE  FL 33329
(800) 528-2122
      Open/Never late

                                                                              039

We have received your dispute request. The information you provided appears at the bottom of this page

**Once you submit your dispute...**

- TransUnion will contact the party that provided the information and request it to verify the accuracy of the information
- The party will then inform TransUnion of any changes that should be made to the information
- TransUnion will mail you an updated copy of your credit report, reflecting the results of the investigation. We will send this to you via U.S. mail usually within 30 days of receiving your initial request. Mail delivery typically takes 3-5 business days

If you are not satisfied with the resolution of the investigation, you may add a consumer statement to your TransUnion credit report. This is a section of your file where you can provide additional explanation. If you would like, we can even help you write this statement

When you have a dispute pending, we recommend that you not apply for credit, as the results of the investigation may affect a new credit decision.

**Please print this page for your records.** To print, right click on this page and select Print

### Dispute Details

**Personal Information:**

| | |
|---|---|
| Name | Brian Wilson |
| Social Security Number | Redacted5961 |
| Date of Birth | Redacted1974 |
| Home Phone Number | |
| Employer's Name | |
| Email Address | brian.wilson@thumpertalk.com |

**Current Address:**

Address    5512 Tincup Drive
           Las Vegas, Nevada, 89130

**Previous Address:**

Address    751 North Tenaya Way, Apt. #201
           Las Vegas, Nevada, 89128

@ 11

**Credit Report File Number:**

File Number

**Personal Information Corrections:**

-- no corrections have been entered --

**Disputes:**

1   **AARGON COLLECTION AGENCY**   account **1670005860**. This is not my account

**Comments:**

I do not recognize this debit so I disputed this debit with the collection agency on 6/8/06 in writing. They have never responded to my written dispute and request for verification of the debit, therefore this item must be a mistake

-- close this window

Investigation Results

Page 1 of 3

# experian

Report Number:
**1479024778**
Online Credit Report from Experian for:
**BRIAN M WILSON**

Report date: **August 31, 2006**

Summary of Investigation Results
Details of Investigation Results
Important Message from Experian
Know your rights
View a complete copy of your corrected report

`Go Back ::`

The following shows the revision(s) made to your file as a result of our investigation. If you still question an item, then you may want to
the source of the information personally.

## Summary Of Investigation Results

**How to read your results**                                                                                                                    Ba
• **Deleted** - This item was removed from your credit report
• **Remains** - This item has been verified as accurate
• **Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was v
as belonging to you.
• **Reviewed** - This item was either updated or deleted; review this report to learn its outcome

Credit Items
AARGON COLLECTION AGEN
**Account Number: 167000....**
                                                                     Outcome: Remains

## Important Message From Experian
                                                                                                                                              Ba
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Althoi
do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports y
payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYn
DATA. Consumer statements included on your report at your request that contain medical information are disclosed to other

## Contacting Us
                                                                                                                                              Ba

Experian
1 800 493 1058
Monday - Friday, 9 am to 5 pm in your time zone
PO Box 9556
Allen, TX 75013

## Know your rights
                                                                                                                                              Ba

# FCRA Rights

**Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A**
**Pennsylvania Ave. N.W., Washington, D.C. 20580.**

**A Summary of Your Rights under the Fair Credit Reporting Act**

*** 160818550-003 ***
P.O. Box 2000
Chester, PA 19022



09/07/2006   TransUnion.

?06COM00300488-005845
BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| AARGON AGENCY INC | # 1670005860 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

Consumer Credit Report for BRIAN M. WILSON

File Number:    160816550
Page:           2 of 10
Date Issued:    09/07/2006

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AARGON AGENCY INC #1670C05860**
3160 S VALLEY VIEW BLVD
SUITE 206
LAS VEGAS, NV 89102-8316
(702) 220-7037

| | |
|---|---|
| Balance: | $397 |
| Date Verified: | 08/2006 |
| Original Amount: | $391 |
| Original Creditor: | IMPULSE TELECOM |
| Past Due: | ›$397‹ |

Pay Status:      ›COLLECTION ACCOUNT‹
Account Type:    OPEN ACCOUNT
Responsibility:  INDIVIDUAL ACCOUNT

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 05/2006
Estimated date that this item will be removed: 09/2010

## Satisfactory Accounts



**WINDSOR CAPITAL**
mortgage corporation

1582 W. San Marcos Blvd. #304
San Marcos, CA 92069
(760) 471-2833 x.103
www.AaronDawson.com

09/12/2006

Dear Brian:

Here are some Good Faith Estimates based on the information that was passed to me. With the derogatory credit on your report you would be looking at paying a full percentage point higher for a mortgage. The examples I have included are based on a 30 year fixed mortgage.

*Scenario #1* is a 30 year fixed @ 6.25%. This is based on a FICO score of 725 and a loan to value of 80%. With this "A Paper" scenario you would be looking at a payment of $1403.84 P&I.

*Scenario #2* is a 30 year fixed @7.25%. This is based on a FICO of 675 WITH a derogatory collection/charge off account on your credit report. The payment for this loan would be $1555.36 P&I.

Over the life of the loan, the second scenario would cost you $54,544.20 in extra interest. Plus, your closing costs for this loan would be at least $2280 more than for the A paper loan. And this estimate is probably low for the closing costs. More than likely it would be closer to $3500.

Additionally, you would be locked into this loan for 3-5 years with a "hard" pre payment penalty, meaning that if you sold the home within that time frame you would be subject to a penalty of $8265 to pay it off early.

I hope this information helps in proving damages to the agency that erroneously placed this item on your credit. All total, this mistake would cost you close to $60,000.

Let me know if you need anything else.

Sincerely,

Aaron Dawson
1582 W. San Marcos Blvd. #304
San Marcos, CA 92069
(760) 471-2833 x.103
Aaron@WinCapMortgage.com

C55

Scenario #1

# Good Faith Estimate
(Not a Loan Commitment)

Date: 08/13/2008

This Good Faith Estimate is being provided by a Mortgage Broker, and no lender has yet been obtained. A lender will provide you with an additional Good Faith Estimate within three business days of receipt of your loan approval on

| GFE Provided By: | Subject Property: | Borrower(s): |
|---|---|---|
| Elite Web, Inc. | 3312 Tin Cup Drive | Brion Wilson |
| 4140 Dublin Blvd., Suite 300 | Las Vegas, NV 89130 | |
| Dublin, CA 94568 | | |
| Office User    925-227-7000 | | |

| Loan Number: | | | |
|---|---|---|---|
| Loan Program: 30 Year Fixed | Interest Rate: 0.000 | Type of Loan: Conventional | Base Loan Amt: 228,000.00 |
| | LTV: .450 | Sales Price: | Total Loan Amt: 228,000.00 |

The information provided below reflects estimates of the charges you are likely to incur at the settlement of your loan. The fees listed are estimates - actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement you will receive at settlement. The HUD-1 or HUD-1A settlement statement will show you the actual cost for items paid at settlement.

| 800 | Items Payable in Connection with the Loan | | | | 1100 | Title Charges | | |
|---|---|---|---|---|---|---|---|---|
| 801 A | Loan Origination Fee @    1.000% | | $   2,280.00 | | 1101 A | Settlement or Closing Fee | | $    400.00 |
| 802 | Loan Discount Fee @         % + | | $ | | 1102 | Abstract or Title Search | | $    390.00 |
| 803 | Appraisal Fee | | $    250.00 | | 1103 | Title Examination | | $ |
| 804 | Credit Report | | $    20.00 | | 1104 | Title Insurance Binder | | $ |
| 805 | Lender's Inspection Fee | | $ | | 1105 | Document Preparation Fee | | $    100.00 |
| 806 A | MI Application Fee | | $ | | 1106 | Notary Fee | | $    155.00 |
| 808 | Assumption Fee | | $ | | 1107 A | Attorney Fee | | $ |
| 808 | Mortgage Broker Fee @        %   $400.00 | | $    500.00 | | 1108 | Title Insurance Fee | | $ |
| 809 | Tax Servicing Fee | | $ | | 1109 | Abstract Title Search | | $ |
| 810 A | Processing Fee | | $    695.00 | | 1110 | | | $ |
| 811 A | Underwriting Fee | | $    695.00 | | 1111 | | | $ |
| 812 A | Wire Transfer Fee | | $    50.00 | | 1112 | | | $ |
| 813 A | Commitment Fee | | $ | | 1113 | | | $ |
| 814 | Flood Cert | | $    8.50 | | 1114 | | | $ |
| 815 | Admin | | $    600.00 | | | | | |
| 816 | | | $ | | 1200 | Government Recording and Transfer Charges | | |
| 817 | | | $ | | 1201 | | | $ |
| 818 | | | $ | | 1202 | Recording Fee | | $    75.00 |
| 819 | | | $ | | 1203 | Local Tax/Stamps | | $ |
| 820 | | | $ | | 1204 | State Tax/Stamps | | $ |
| 821 | | | $ | | 1205 | | | $ |
| 822 | | | $ | | 1206 | | | $ |
| 823 | | | $ | | | | | |
| | | | | | 1300 | Additional Settlement Charges | | |
| | Compensation to Broker from Lender (Not Paid out of Applicant's Loan Proceeds) | | | | 1301 | Survey ec | | $ |
| 824 | | | | | 1302 | Termite/Pest Inspection | | $ |
| | | | | | 1303 | | | $ |
| 825 | | | | | 1304 | | | $ |
| | | | | | 1305 | | | $ |
| | | | | | 1306 | | | $ |
| | | | | | 1307 | | | $ |
| | | | | | 1308 | | | $ |
| | | | | | 1309 | | | $ |
| | | | | | | | | |
| | | | | | | Total Estimated Closing Costs | | $   6,348.50 |

| 900 | Items Required by Lender to be Paid in Advance | | | | 1000 | Reserves Deposited with Lender | | |
|---|---|---|---|---|---|---|---|---|
| 901 | Prepaid Interest    days @$0.0833 | | $ | | 1001 | Hazard Ins | mths @ | $ |
| 902 | Mortgage Insurance Premium | | $ | | 1002 | Mortgage Ins | mths @ | $ |
| 903 | Hazard Insurance Premium | | $ | | 1003 | City Prop. Tax | mths @ | $ |
| 904 | County Property Tax | | $ | | 1004 | Property Tax | mths @ | $ |
| 905 | Mortgage Insurance | | $ | | 1005 | Flood Ins | mths @ | $ |
| 906 | VA Funding Fee | | $ | | 1007 | | mths @ | $ |
| 907 | Flood Insurance Premium | | $ | | 1008 | | mths @ | $ |
| 908 | | | $ | | 1009 | | mths @ | $ |
| | | | | | 1010 | Aggregate Analysis | | $ |
| | | | | | | Total Estimated Reserve/Prepaid Costs | | $ |

| Total Estimated Monthly Payment | | | Total Estimated Funds Needed to Close | | |
|---|---|---|---|---|---|
| Principal & Interest | $   1,403.94 | | Purchase Price/Payoff | (+)$   220,000.00 |
| Other Financing (P & I) | $ | | Total Estimated Closing Costs | (+)$   6,348.50 |
| Hazard Insurance | $ | | Total Estimated Reserve/Prepaid Costs | (+)$ |
| Real Estate Taxes | $ | | Discounts (if borrower will pay) | (+)$ |
| Mortgage Insurance | $ | | FHA UFMIP/VA Funding Fee | (+)$ |
| HOA Dues | $ | | Total Costs | (=)$   226,348.50 |
| Other | $ | | | |
| Total Monthly Payment | $   1,403.94 | | Loan Amount | (-)$   228,000.00 |
| | | | Total Non-Borrower Paid Closing Costs | (-)$   228,000.00 |
| Closing Costs Summary | | | FHA UFMIP/VA Fee Financed | (-)$ |
| Total Borrower Paid Closing Costs    (a) | $   6,348.50 | | | (-)$ |
| | $ | | | (-)$ |
| | $ | | First Mortgage | (-)$ |
| | $ | | Second Mortgage (Subordinate Financing) | (-)$ |
| | $ | | Closing Costs from 2nd Loan | (-)$   0.00 |
| Total Non-Borrower Paid Closing Costs    (b) | $ | | Total Credits    (d) | (-)$   228,000.00 |
| Total Closing Costs    (a+b) | $   6,348.50 | | Cash to Borrower | (c-d)$   -1,651.50 |

| S = Paid by Seller | B = Paid by Broker | A = APR Affected by Cost |
|---|---|---|
| S+ = Split by Seller & Others | L = Paid by Lender | O = Paid by Other    P = Paid Outside Closing (POC) |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the "HUD Special Information Booklet", which is to be provided to you by your Mortgage Broker or lender if your application is to purchase residential real property and the lender will take a first lien on the property. The undersigned hereby acknowledges receipt of a copy of this Good Faith Estimate and the "Special Information Booklet - Settlement Costs."

| Borrower | Date | Co-borrower | Date |
|---|---|---|---|
| Brion Wilson | | | |

GFE Broker Encompass 07X3 – Encompass™ from Ellie Mae – www.elliemae.com

*Scenario*   *#C*

# Good Faith Estimate
(Not a Loan Commitment)

Date: 03/12/2008

This 2008 Firm Example is being provided by a Mortgage Broker, and no lender has yet been obtained. A lender will provide you with an additional Good Faith Estimate within three business days of receipt of your loan application.

| GFE Provided By: | Subject Property: | Borrower(s): |
|---|---|---|
| Elite Mae, Inc. | 8512 Tin Cup Drive | Brian Wilson |
| 4145 Dublin Blvd., Suite 300 | Las Vegas, NV 89130 | |
| Dublin, CA 94568 | | |
| Officer/User:   925-327-7000 | | |

| Loan Number | Interest Rate: 7.250 | Type of Loan: Conventional | Base Loan Amt: 220,000.00 |
|---|---|---|---|
| Loan Program: 30 Year/Fixed | Term: 360 | Sales Price: | Total Loan Amt: 220,000.00 |

The information provided below reflects estimates of the charges you are likely to incur at the settlement of your loan. The fees listed are estimated, actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement you will receive at settlement. The HUD-1 or HUD-1A settlement statement will show you the actual cost of items paid at settlement.

| 800 | Items Payable in Connection with the Loan | | | | 1100 | Title Charges | | |
|---|---|---|---|---|---|---|---|---|
| 801 A | Loan Origination Fee @ 2.000% a | | $ | 4,300.00 | 1101 A | Settlement or Closing Fee | $ | 300.00 |
| 802 | Loan Discount Fee @   % | | $ | | *1102 | Abstract of Title Search | $ | 500.00 |
| 803 | Appraisal Fee | | $ | 350.00 | *1103 | Title Examination | $ | |
| 804 | Credit Report | | $ | 20.00 | *1104 | Title Insurance Binder | $ | |
| 805 | Lender's Inspection Fee | | $ | | 1105 | Document Preparation Fee | $ | |
| 806 A | Mi Application Fee | | $ | | 1106 | Notary Fee | $ | 175.00 |
| 807 | Assumption Fee | | $ | | 1107 A | Attorney Fee | $ | |
| 808 | Mortgage Broker Fee @   % +500.00 | | $ | 500.00 | 1108 | Title Insurance Fee | $ | |
| 809 | Tax Servicing Fee | | $ | | 1109 | Abstract Title Search | $ | |
| 810 A | Processing Fee | | $ | 800.00 | 1110 | | $ | |
| 811 A | Underwriting Fee | | $ | 615.00 | 1111 | | $ | |
| 812 A | Wire Transfer Fee | | $ | 50.00 | 1112 | | $ | |
| 813 A | Commitment Fee | | $ | | 1113 | | $ | |
| 814 | Flood Cert | | $ | 6.50 | 1114 | | $ | |
| 815 | Admin | | $ | 600.00 | | | | |
| 816 | | | $ | | 1200 | Government Recording and Transfer Charges | | |
| 817 | | | $ | | 1201 | Recording Fee | $ | 75.00 |
| 818 | | | $ | | 1202 | Local Tax/Stamps | $ | |
| 819 | | | $ | | 1203 | State Tax/Stamps | $ | |
| 820 | | | $ | | 1204 | | $ | |
| 821 | | | $ | | 1205 | | $ | |
| 822 | | | $ | | 1206 | | $ | |
| 823 | | | $ | | | | | |
| | Compensation to Broker from Lender (Not Paid out of Applicant's Loan Proceeds) | | | | 1300 | Additional Settlement Charges | | |
| 824 | | | | | 1301 | Survey to | $ | |
| 825 | | | | | 1302 | Termite/Pest Inspection | $ | |
| | | | | | *1303 | | $ | |
| | | | | | *1304 | | $ | |
| | | | | | 1305 | | $ | |
| | | | | | 1306 | | $ | |
| | | | | | 1307 | | $ | |
| | | | | | 1308 | | $ | |
| | | | | | 1309 | | $ | |
| | | | | | | Total Estimated Closing Costs | $ | 8,628.00 |

| 900 | Items Required by Lender to be Paid in Advance | | | | 1000 | Reserves Deposited with Lender | | |
|---|---|---|---|---|---|---|---|---|
| 901 | Prepaid Interest   days @ 43.6167 | | $ | | 1001 | Hazard Ins   mths @ | $ | |
| 902 | Mortgage Insurance Payment | | $ | | *1002 | Hazard Ins   mths @ | $ | |
| 903 | Hazard Insurance Premium | | $ | | *1003 | City Prop. Tax   mths @ | $ | |
| 904 | County Property Tax | | $ | | 1004 | Property Tax   mths @ | $ | |
| 905 | VA Funding Fee | | $ | | 1005 | Flood Ins   mths @ | $ | |
| 906 | Flood Insurance Premium | | $ | | 1006 | | mths @ | $ | |
| 907 | | | $ | | 1007 | | mths @ | $ | |
| 908 | | | $ | | 1008 | | mths @ | $ | |
| | | | | | 1009 | | mths @ | $ | |
| | | | | | 1010 | Aggregate Analysis | | $ | |
| | | | | | | Total Estimated Reserve/Prepaid Costs | | $ | |

| Total Estimated Monthly Payment | | | | Total Estimated Funds Needed to Close | | |
|---|---|---|---|---|---|---|
| Principal & Interest | $ | 1,466.36 | | Purchase Price/Payoff | (+)$ | 220,000.00 |
| Other Financing (P & I) | $ | | | Total Estimated Closing Costs | (+)$ | 8,628.00 |
| Hazard Insurance | $ | | | Total Estimated Reserve/Prepaid Costs | (+)$ | |
| Real Estate Taxes | $ | | | Discounts (if borrowed will pay) | (+)$ | |
| Mortgage Insurance | $ | | | FHA UFMIP/VA Funding Fee | (+)$ | |
| HOA Dues | $ | | | Total Costs | (a) $ | 228,628.00 |
| Other | $ | | | Loan Amount | (-)$ | 220,000.00 |
| Total monthly payment | $ | 1,466.00 | | Total Non-Borrower Paid Closing Costs | (-)$ | |
| | | | | FHA UFMIP/VA Fee Financed | (-)$ | |
| Closing Costs Summary | | | | | (-)$ | |
| Total Borrower Paid Closing Costs   (a) | $ | 8,628.00 | | | (-)$ | |
| | $ | | | | (-)$ | |
| | $ | | | | (-)$ | |
| | $ | | | First Mortgage | (-)$ | |
| | $ | | | Second Mortgage (Subordinate Financing) | (-)$ | |
| | $ | | | Closing Costs from 2nd Lien | (-)$ | 0.00 |
| Total Non-Borrower Paid Closing Costs   (b) | $ | | | Total Credits | (d) $ | 220,000.00 |
| Total Closing Costs   (a+b) | $ | 8,628.00 | | Cash from borrower | (n - d) $ | 8,628.00 |

| S – Paid by Seller | B – Paid by Broker | A – APR Affected by Broker | |
|---|---|---|---|
| Sr – Split by Seller & Others | L – Paid by Lender | O – Paid by Other | P – Paid Outside Closing (POC) |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your Mortgage Broker or lender if your application is to purchase residential real property and the lender will take a first lien on the property. The uncompleted acknowledgement notices or a copy of the Special Information Booklet indicates I have received a copy.

| Borrower | | Date | Co-Borrower | | Date |
|---|---|---|---|---|---|
| Brian Wilson | | | | | |

GFE Broker Encoded 07/05 – Encompass™ from Elite Mae – www.elitemae.com

057

CUSTOMER
ADDRESS  Valerie Powarski  TELEPHONE NO. 703 838 3146

CITY  IU  STATE NV  ZIP 87130

SALESPERSON NO.

JARED®
The Galleria Of Jewelry
jared.com

| SKU NUMBER | DISC | SOLD FOR |
|---|---|---|
| 3110049830 9 | | 3586.25 |
| 1FT 6573645 | | 3864.18 |
| 1 Box 1 27B | | |

**THANK YOU**

09/20/06   10:36

0484   1   7590   0504864

Customer Name: VALERIE PAWASKI

| ID | Item Sku | Disc | Retail | Sold |
|---|---|---|---|---|
| 1 | 31004R309 | | 586.25 | 3584.25 |

ROLEX

Salperson 106 551260

0.000A 9784.251  Subtotal  3586.25
SALES TAX 7.75%  277.93
TOWN  3864.18
AMERICAN EXPRESS  800.00
8 XXXXXXXXXXX1012 APPR 51783 N
TOTAL CASH PAYMENT  800.00
HTH Y PAYMENT ON THIS PURCHASE  260.00

**PAYMENT PROTECTION PLAN**

BY ELECTING OPTIONAL PAYMENT PROTECTION PLAN INSURANCE, I ACKNOWLEDGE THAT: I DO NOT NEED TO PURCHASE THIS INSURANCE TO GET CREDIT AND I CAN GET SIMILAR COVERAGE, INCLUDING PROPERTY COVERAGE FROM ANY INSURER I CHOOSE. PAYMENT PROTECTION PLAN INCLUDES CREDIT LIFE, DISABILITY, INVOLUNTARY UNEMPLOYMENT, PROPERTY, JOB RETRAINING AND LEAVE OF ABSENCE TO THE EXTENT AVAILABLE IN MY STATE AS DESCRIBED IN THE SUMMARY OF INSURANCE COVERAGES". I READ AND I MEET THE ELIGIBILITY REQUIREMENTS SHOWN IN THE SUMMARY OF INSURANCE COVERAGES". MONTHLY PREMIUM CHARGES ARE BASED ON THE ACCOUNT BALANCE AND THE RATE SHOWN. I WILL RECEIVE NOTICE OF ANY RATE INCREASE. I MAY CANCEL ANY TIME. PLEASE SEE THE SUMMARY OF INSURANCE COVERAGES PROVIDED ON THE REVERSE SIDE.

YES, PLEASE ENROLL ME IN PAYMENT PROTECTION PLAN CREDIT INSURANCE

SIGNATURE _____ DATE OF BIRTH _____ DATE _____

NO, DO NOT ENROLL ME IN PAYMENT PROTECTION PLAN CREDIT INSURANCE

SIGNATURE _____ DATE _____
II390-0239  NonStd ID #19
COVERAGE NOT AVAILABLE IN AL, HI, AND WA.
AUTHORIZATION CODES
SECURITY AGREEMENT

JARED THE GALLERIA OF JEWELRY
P.O. BOX 3680, AKRON, OHIO 44309-9914

BUYER'S SIGNATURE _____ DATE _____ CO-BUYER _____ DATE _____

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**RETURN INFORMATION**

| ORIGINAL LES SLP | ORIGINAL DATE | ORIGINAL SALESPERSON |
|---|---|---|
| ASON R RETURN | | MANAGER SIGNATURE |
| STONER NATURE | | |

**RECEIPT MUST ACCOMPANY ALL EXCHANGES / REFUNDS.
SEE BACK FOR REFUND INFORMATION.**

058

my account | find a store | cart | wish list          Search [        ] [►GO]          Advanced



ENGAGEMENT          DIAMONDS · COLOR          FEATURY          WATCHES          GOLD, SILVER &
& WEDDING                      GEMSTONES                                          OTHER JEWELRY

Customer Service | Your Jared Card | Gift Cards | Wish List | Find a Store | Upcoming Events

# INSTANT CREDIT APPLICATION

**3-MONTHS NO FINANCE CHARGE***
Purchase divided into 3 equal payments
Minimum payment of $25

**DIAMOND PLAN**
**12-MONTHS NO FINANCE CHARGE***
Total purchase of $1,000 or more
20% Down Payment Required
Balance divided into 12 equal payments
Minimum payment $70

**PLATINUM PLAN**
**18-MONTH CREDIT PLAN***
Total purchase of $5,000 or more
20% Down Payment Required
First 12 months no finance charge. After 12 months, remaining balance is charged a reduced APR of 9.9%
Minimum payment $250

**REVOLVING ACCOUNT**
Lower Monthly Payments
Monthly payments are a percentage of your highest new balance
Minimum payment $25
(finance charges billed monthly)


*Timely payments must be made to avoid finance charges otherwise finance charges will be assessed from the date of
purchase.
Terms and Conditions

**About Jared**
Find a Store
Careers
30 Day Guarantee

Important Consumer Information
Our Partnership with St. Jude
Privacy Policy

**Customer Service** 1-800-527-8229
Contact Us              Returns
FAQ's                   Shipping Info
Order Status

Gift Cards              Apply for Credit
Extended Service Plan   Survey
Pay Credit Online

10 Second Survey | About Jared | Job Opportunities | Privacy Policy | Site Map
© Copyright 2000-2008 Jared® The Galleria Of Jewelry, a division of Sterling Jewelers Inc.

12/4/2008 10:55 A

# INSTANT CREDIT APPLICATION

## SUMMARY OF JARED® THE GALLERIA OF JEWELRY CHARGE ACCOUNT TERMS

| | |
|---|---|
| Annual Percentage Rate (APR) for purchases | **22.9%**, except **6.25%** in AR, **21%** in CO, GA, IN, MS, OK, TN, TX, VT, WV, WY. **18%** in HI, MA, MN, NC, **21%** for amounts up to $750.00 and **18%** for amounts over $750.00 in AL, **21%** for amounts up to $499.99 and **18%** for amounts of $500.00 and over in NE. |
| Other APRs | Default APR: 24.99%, except 24% in DC and MD, no default APR in AL, AR, CO, GA, HI, IN, MA, MN, MS, NE, NC, OK, TN, TX, VT, WV, and WY.* |
| Variable Rate Information | Your APR in AR may vary. The rate is determined by adding 5% to the Federal Reserve Discount Rate. See explanation below. ** |
| Grace period for repayment of balances for purchases | 25 days on average. |
| Method of computing the balance for purchases | Average Daily Balance (including new purchases) In all states except MN and NM; Average Daily Balance (excluding new purchases) in MN and NM. |
| Annual fees | None |
| Minimum finance charge | $0.50, except none in AR, DC, HI, IA, IL, MD, NE, NC, NM, and RI. |
| Late fee | Varies in amount from state to state. There is no late fee in some states and it may be as high as $39.00 or 5% of the amount past due in other states. |

\* The Default APR is charged if you fail to make the required minimum payment by the due date for 2 consecutive billing cycles.

\*\* The Federal Reserve Discount Rate is the Discount Rate established by the Federal Open Markets Committee of the Federal Reserve Board. The Committee may increase or decrease the Discount Rate when it deems a change appropriate. The information about the costs of the card described in this application is accurate as of October 2008. This information may have changed after that date.
To find out what may have changed, call us at 1-800-877-3816.

### JARED THE GALLERIA OF JEWELRY
### RETAIL INSTALLMENT CREDIT AGREEMENT

In this Jared The Galleria Of Jewelry Retail Installment Credit Agreement ("Agreement"), the words "you" and "your" refer to any person who electronically signs the Application for this Account or this Agreement, has requested and is issued a Jared The Galleria Of Jewelry credit card, or is authorized to use this Jared The Galleria Of Jewelry Credit Card Account ("Account"). "We", "us", and "our" refer to Sterling Jewelers Inc., d/b/a Jared The Galleria Of Jewelry, P.O. Box 3680, Akron, OH 44309-3680, its subsidiaries and affiliates, and any person to whom this Agreement and/or any amount due on this Account may be assigned. "Account" means your Jared The Galleria Of Jewelry Account, which will be governed by this Agreement. "Authorized User" means any person you permit to use your Account or who has apparent authority to do so. "Card" means any access device or method by which the Account may be accessed, including the Account number.

**1. Promise to Pay:** You promise to pay us for all credit extended on this Account and all other amounts owed to us under the terms of this Agreement. You are responsible for any charges you make and any charges made by anyone else you have authorized to use this Account. You are also responsible for the use of each Card issued on this Account according to the terms of this Agreement. You may request additional Cards on this Account for yourself or others and you may permit an Authorized User to have access to the Card or Account number. However, if you do so, you must pay us for all charges made by those persons. See Paragraph 24 for details. When you electronically sign the Application for this Account, you will be agreeing to everything written here. Therefore, before you sign the Application, you should read this entire Agreement, which includes the cost -of-credit disclosures required by federal law. The information you provide on the Application that identifies you is incorporated in this Agreement by reference. This Agreement will not be effective until we approve your Application.

**2. Balances:** Each transaction or group of transactions subject to the same terms (such as the APR) shall be considered part of the same balance. The balance subject to the Regular APR and the other regular terms set forth in this Agreement is your Account's regular balance. We calculate your total regular balance each billing cycle by taking the regular balance for the prior billing cycle, adding any regular purchases, fees, finance charges, and other debits, and subtracting any payments or other credits, as of the closing date for that billing cycle. Balances subject to promotional terms are promotional balances. We calculate the total of any promotional balance by adding any promotional purchases for that balance and subtracting any payments allocated to that promotional balance or other credits. We also may establish other balances, such as a Delinquency Balance pursuant to Paragraph 9, as required. We calculate the total of any such balance by adding any debits to the balance and subtracting any payments allocated to the balance or other credits. You authorize us to allocate any

We are pleased to accept your individual application* for credit

In one name only and based solely on your own credit worthiness. To Apply for a joint or cosigned account, please see a sales associate at any of our convenient locations.

ALIMONY, CHILD SUPPORT OR SEPARATE MAINTENANCE NEED NOT BE REVEALED IF YOU DO NOT WISH TO RELY ON IT TO OBTAIN CREDIT.
Summary of Terms & Conditions

C60

f3

P.O. Box 2000
Chester, PA 19022

08/30/2007   TransUnion. 

POCPEP00300319-I003885
BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| AARGON AGENCY INC | # 1670005860 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

056

# experian™

||.||..||..|||||..|||.|.|||.|.|||||.|.|||.|..||.|.||
●●●●●●●●●●●●●●●●SCH 3-DIGIT 890
0004037  I AT 0.334 L 620
BRIAN M WILSON
5512 TINCUP DR
LAS VEGAS NV 89130-1957
||.||.|..|||.|.|.|||..|.|||..|.|.|||.|.|.|.|..|.||

**Prepared for**
BRIAN M WILSON
**Report number**
0437553147

**Report date**
September 04, 2007
www.experian.com/disputes   Page I of 2

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Updated** - This item has been verified as accurate and the item was disputed; then it was verified as belonging to you.

**Remains** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

**Credit items**                                          **Outcome**

AARGON AGENCY INC                                         Remains
167000......

Visit experian.com/status to check the status of your pending disputes at any time

## Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport.

☐ To receive a copy by mail, check this box and within 30 days return this original page to Experian, P.O. Box 9701, Allen, TX 75013. Copies will not be accepted.

**To order a copy of your VantageScore℠ from Experian visit experian.com or call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

||||||||| ||| |||||||| || ||||| |||| |||||||||||| ||||| ||| |||||||||||||

050

**experian**

**Prepared for**
BRIAN M WILSON
**Report number**
0437553147

**Report date**
September 04, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 2 of 2**

THIS PAGE INTENTIONALLY LEFT BLANK

February 11, 2008

Brian M Wilson
5512 Tincup Dr
Las Vegas, NV 89130

In regards to: Credit Reporting Agency Disputed Item

Experian
701 Experian Pkwy
Allen, TX 75002
Attention: Consumer Disputes

To Whom It May Concern:

It has come to my attention that you are reporting what I believe to be inaccurate data which we dispute and this letter is an appeal for your assistance. As a reporting agency you are governed by the Fair Credit Reporting Act (FCRA), which protects consumers from inaccurate, outdated or invalidated information reporting of their credit file. The FCRA states that it's the Bureau's responsibility to ensure that all information contained within consumer credit files is accurate and free from errors.

The following information has been allowed to be reported on my credit file, I have been denied credit and have been publicly embarrassed and humiliated. In an effort to investigate these accounts, I contacted the collection agency and asked for documentation.

The FCRA, 15 U.S.C. Section 1692g(a), mandates in no uncertain terms that a debtor has 30 days to dispute the validity of a debt. If the creditor cannot provide sufficient evidence that the debtor was given adequate notice, the debtor must be given another 30-day debt-validation period, and the creditor must provide evidence the debtor is liable for the account(s) in question.

Attachments to support my claims on the following accounts have been included with this dispute letter and are noted in the listing below. I've sent several notices to these creditors or collection agencies requesting validation of the account(s) below, but they failed to provide adequate documentation proving my liability for the account in question: I hereby dispute these debts and request the following items be thoroughly investigated and deleted:

Aargon Agency Inc - 16700XXXX $397.00
This is not my debt, and the collection agency has failed to respond to my written requirements for proof of the debt. I have filed a formal complain in US District Court for removal of this debt from my credit file. I have enclosed a copy of the court filing.

Sincerely,

– 2 –                                    March 12, 2009

Brian M Wilson

Enclosure (1) – US District Court filing

February 11, 2008

Brian M Wilson
5512 Tincup Dr
Las Vegas, NV 89130

In regards to: Credit Reporting Agency Disputed Item

TransUnion
PO Box 1000
Chester, PA 19022

To Whom It May Concern:

It has come to my attention that you are reporting what I believe to be inaccurate data which we dispute and
this letter is an appeal for your assistance. As a reporting agency you are governed by the Fair Credit Reporting
Act (FCRA), which protects consumers from inaccurate, outdated or invalidated information reporting of their
credit file. The FCRA states that it's the Bureau's responsibility to ensure that all information contained within
consumer credit files is accurate and free from errors.

The following information has been allowed to be reported on my credit file, I have been denied credit and
have been publicly embarrassed and humiliated. In an effort to investigate these accounts, I contacted the
collection agency and asked for documentation.

The FCRA, 15 U.S.C. Section 1692g(a), mandates in no uncertain terms that a debtor has 30 days to dispute the
validity of a debt. If the creditor cannot provide sufficient evidence that the debtor was given adequate notice,
the debtor must be given another 30-day debt-validation period, and the creditor must provide evidence the
debtor is liable for the account(s) in question.

Attachments to support my claims on the following accounts have been included with this dispute letter and
are noted in the listing below. I've sent several notices to these creditors or collection agencies requesting
validation of the account(s) below, but they failed to provide adequate documentation proving my liability for
the account in question: I hereby dispute these debts and request the following items be thoroughly
investigated and deleted:

**Aargon Agency Inc - 167000XXXX $397.00**
This is not my debt, and the collection agency has failed to respond to my written requirements for proof of
the debt. I have filed a formal complain in US District Court for removal of this debt from my credit file. I
have enclosed a copy of the court filing.

Sincerely,


Brian M Wilson

Enclosure (1) – US District Court filing

111

\*\*\* 185264326-003 \*\*\*
P.O. BOX 2000
Chester, PA 19022-2000



**TransUnion.**

FEBRUARY 19, 2008                    FILE NUMBER 185264326

—
—
—

13391 D0QD7Q2E Q0CI 2'01VSAI
BRIAN M WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request.

Re: Dispute Status : AARGON AGENCY#..05860

We are unable to accept the documentation you sent. However,
TransUnion will contact the source of the disputed information
to advise them of your dispute. We will ask them to verify the
accuracy of the reported information. When the investigation is
completed, you will receive written response and/or a copy of
your updated credit report to notify you of the results.

Re: Verification Documents not Available

We store information in our records as it is supplied to us by
creditors. When information is disputed, we are required to
investigate and record the current status of the information. We
do not provide dispute verification responses received from
creditors. If you need to obtain documentation or written
verification concerning your accounts, then please contact your
creditors directly.

If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide your current file number 185264326.

P.O. BOX 2000
CHESTER, PA 19022-2000

112

*** 185264326-004 ***
P.O. Box 2000
Chester, PA 19022



02/23/2008   TransUnion.

P0GKF700200097-I000385
BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| AARGON AGENCY INC | # 1670005860 | VERIFIED, NO CHANGE |

113

| | | |
|---|---|---|
| File Number: | 185264326 | **Trans**Union. |
| Page: | 1 of 1 | |
| Date Issued: | 02/23/2008 | |

**Special Notes:** If any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AARGON AGENCY INC** #1670005860
3160 S VALLEY VIEW BLVD
SUITE 206
LAS VEGAS, NV 89102-8316
(800) 326-7118

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 05/2006
Estimated date that this item will be removed: 09/2010

| | | | |
|---|---|---|---|
| Balance: | $397 | Pay Status: | ›COLLECTION ACCOUNT‹ |
| Date Verified: | 08/2006 | Account Type: | OPEN ACCOUNT |
| Original Amount: | $391 | Responsibility: | INDIVIDUAL ACCOUNT |
| Original Creditor: | IMPULSE TELECOM | | |
| Past Due: | ›$397‹ | | |

- **End of investigation results** -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

114