# EXHIBIT 14

# EXHIBIT  14

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Nevada

| | | |
|---|---|---|
| BRIAN M. WILSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:07-cv-00616-LDG (LRL) |
| AARGON AGENCY, INC., ET AL. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To: TRANS UNION L.L.C., c/o CSC Services of Nevada, Inc., 502 E. John St., Carson City, NV 89706

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Craig B. Frieebderg, Esq. 4760 S. Pecos Rd., Ste 103, Las Vegas, Nevada 89121 fax (702)946-0887, or at a place and time mutually convenient | Date and Time: 09/02/2009 3:00 pm |
|---|---|

The deposition will be recorded by this method:   by stenographic means and/or by video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attached Exhibit A and Authorization To Obtain Consumer Copies of Credit Report.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  08/13/2009

*CLERK OF COURT*                                    OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Plaintiff
Brian M. Wilson                                     , who issues or requests this subpoena, are:

Craig B. Friedberg, 4760 S. Pecos Rd., Ste. 103, attcbf@cox.net, (702)435-7968

SSN 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

**EXHIBIT A**
**SUBPOENA DUCES TECUM FOR PRODUCTION**

**Trans Union LLC**

***Wilson v. Aargon Agency, Inc.***
U.S.D.C. (NV) Case No. 2:07-cv-00616-LDG (LRL)

Please produce for inspection and copying by September 2, 2009, at 3:00 p.m.:

## INSTRUCTIONS AND DEFINITIONS

A. As used herein, the word "document" shall mean the original and any copy, regardless of origin or location of any book, correspondence, pamphlet, periodical, letter, e-mail, computer screens, computer disk or computer program, memorandum, telegram, report, record, study, hand-written note, map, drawing, working paper, chart, paper, graph, index, tape, data sheet, data processing card, or any other written, recorded, transcribed, electronically recorded or stored, punched, taped, filmed, photographic or graphic matter, microfiche, or computer disk, computer tape, or any other entry, however produced or reproduced.

B. "Trans Union", "you", "your", means the party upon whom the request is served, any parent or subsidiary corporation, any predecessor corporation, any corporation in which the party has a controlling interest, and any joint venturers, partners, agents, employees, officers, directors and persons acting for the party.

C. "Plaintiff" means the plaintiff in the civil action U.S.D.C. (NV) Case No. 2:07-cv-00616, Brian M. Wilson.

D. "Defendant" means the defendant in the civil action U.S.D.C. (NV) Case No. 2:07-cv-00616: Aargon Agency, Inc.

## DOCUMENTS REQUESTED

1. All consumer reports, credit reports, consumer disclosures, updates or other compilation of information in plaintiff's file as "file" is defined in 15 U.S.C. § 1681a(g), that Trans Union possesses, including any historical or archived documents regarding defendant.

2. All records of communications between plaintiff and Trans Union, relating to defendant, including all documents, records of telephonic communications, log books or other records.

3. All records of communications between Trans Union and defendant regarding plaintiff, including all documents, records of telephonic communications, log books or other records.

4. All documents relating to any reinvestigation of any account with defendant regarding plaintiff, including but not limited to any CDV's, ACDV's, responses, UDF's, AUDF's, notes, screens, logs, internal memoranda, correspondence or supporting documentation.

5. A complete copy of any communications – including but not limited to any supporting documentation, specific requests for information, UDF's, AUDF's, instructions, notes, screens, logs, policies, or legal requirements – relating to plaintiff, plaintiff's file or any reinvestigation of any information contained in plaintiff's file regarding defendant.

6. All other documents prepared, sent or received by Trans Union in the course of conducting any reinvestigation regarding defendant's alleged account with plaintiff.

7. All computerized data relating to plaintiff or any reinvestigation regarding plaintiff, regarding defendant.

8. All historical, archived or electronic record of any Metro Tape Data which was the subject of a reinvestigation relating to plaintiff, regarding defendant.

9. All trade set detail documents relating to plaintiff, regarding defendant.

10. All detailed line summary documents relating to plaintiff, regarding defendant.

11. All comment summary documents relating to plaintiff, regarding defendant.

12. All individual comment screens or documents relating to plaintiff, regarding defendant.

13. All history search summary screens relating to plaintiff, regarding defendant.

<u>Plaintiff</u>

Brian M. Wilson
5512 Tincup Drive
Las Vegas, NV 89121
Social Security Number Redacted 5961

LAW OFFICES OF

# Craig B. Friedberg, Esq.

4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
PHONE: (702) 435-7968   FAX: (702) 946-0887

## Authorization To Obtain Consumer Copies of Credit Report

Brian M. Wilson
5512 Tincup Dr.
Las Vegas, NV 89130

Social Security Number:   Redacted 5961

     Pursuant to 15 U.S.C. § 1681b(a)(2), I authorize my attorney, Craig B. Friedberg, Esq., to obtain and review on my behalf, consumer copies of my consumer reports from any consumer reporting agency (eg., Equifax, Experian, TransUnion, etc.) maintaining information on his credit. I also authorize and direct those credit reporting agencies to release my file to my attorney Craig B. Friedberg, Esq.

     This authorization is general, unlimited in scope, and is to be construed as requiring any consumer reporting agency served with a copy of this authorization to make the maximum disclosure to my attorney, Craig B. Friedberg, Esq., permitted by law. I understand that my legal counsel will be using this information to prosecute my claims in the case of *Wilson v. Aargon Agency, Inc.*, filed as case no. 2:07-cv-616 in the United States District Court, District of Nevada, and I leave it to his sole discretion and responsibility to ensure that the information disclosed to him pursuant to this authorization will be utilized for the purpose of that prosecution. A photocopy of this authorization shall be honored to the same extent as an original.

BY SIGNING BELOW I AUTHORIZE MY ATTORNEY, CRAIG B. FRIEDBERG, ESQ., TO THE EXTENT AND FOR THE PURPOSES STATED ABOVE, TO OBTAIN ANY AND ALL INFORMATION RECEIVED BY, MAINTAINED BY, OR COMMUNICATED BY ANY CONSUMER REPORTING AGENCY BEARING ON MY CREDIT WORTHINESS, CREDIT STANDING, CREDIT CAPACITY, CHARACTER, GENERAL REPUTATION, PERSONAL CHARACTERISTICS, OR MODE OF LIVING.

_____
BRIAN M WILSON
Date:   August 1, 2009



**Trans**Union

555 W. Adams Street
Chicago, IL 60661
Tel 312 466 6401
Fax 312 466 6307
pnorris@transunion.com
www.transunion.com

Patricia Norris
Attorney

September 1, 2009

VIA OVERNIGHT MAIL

Craig B. Friedberg, Esq.
4760 S. Pecos Rd., Ste 103
Las Vegas, Nevada 89121

Re:  *Wilson v Aargon Agency, et al., Third Party Subpoena to Trans Union*

Dear Craig:

Enclosed are the responsive documents to the subpoena you served on TransUnion. As we discussed, once you have had an opportunity to review, you will schedule the deposition. I would appreciate alternate dates for easier scheduling. Your deponent will in our Consumer Relations Center in Crum Lynne, PA, and I will defend her from here in Chicago.

I will be waiting to hear from you.

Very truly yours,

Patricia Norris

Enclosures

TU 0001

S15

| | |
|---|---|
| **From:** | \<ibasupport@transunion com\> |
| **To:** | \<creast@transunion com\> |
| **Date:** | Monday, August 14, 2006 11 35 05 AM |
| **Subject:** | 2006081410315538894439  Dispute Initiated from TransUnion com |

Mon, Aug 14, 2006   10 31 55 AM CDT

FIN

Dispute ID  2006081410315538894439#

SSN  Redacted -5961

Name  Brian Wilson
Address  5512 Tincup DR
las vegas, NV, 89130

Previous  751 N Tenaya WY, Apt #201
Las Vegas, NV, 89128

Home Phone
Employer
Birth Date  Redacted 1974

Personal Information Correction

Dispute Details

Dispute 1 —
- Company  AARGON COLLECTION AGENCY
- Account  1670005860
- Reason  This is not my account

Comments

I do not recognize this debit so I disputed this debit with
the collection agency on 6/8/06 in writing
They have never responded to my written dispute and request
for verification of the debit, therefore this item must be
a mistake

**CC.**        \<CREastDW@transunion com\>



*** 160818550-001***
PO Box 2000
Chester, PA 19022

08/15/2006

TransUnion.

Your TransUnion File Number:    160818550
Password:                      442422RS
Login Expiration Date:         09/26/2009

BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion, LLC takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week** anytime before the Login Expiration Date provided above. You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at https://review.transunion.com
**Step 2.** Type Your TransUnion File Number and password as provided above.
**Step 3.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

TU 0022

| File Number: | 160818550 |
|---|---|
| Page: | 1 of 9 |
| Date Issued: | 08/15/2006 |

TransUnion.

# Personal Information

**Name:**     BRIAN M. WILSON

**SSN:**     XXX-XX-5961
**Date of Birth:**     Redacted/1974
**Telephone:**     Redacted3146
Your SSN is partially masked for your protection.

**Other Names:**     LASHA,BRIAN,M
You have been on our files since 09/1988

## CURRENT ADDRESS

| | |
|---|---|
| **Address:** | 5512 TINCUP DR |
| | LAS VEGAS, NV 89130 |
| **Date Reported:** | 12/1999 |

## PREVIOUS ADDRESS

| | |
|---|---|
| **Address:** | 751 N TENAYA WY 201 |
| | LAS VEGAS, NV 89128 |
| **Date Reported:** | 02/1997 |
| **Address:** | 64 PARKVIEW, |
| | LACKAWANNA, NY 14218 |

## EMPLOYMENT DATA REPORTED

| **Employer Name:** | ADT SECURITY SERVICES INC | **Position:** | |
|---|---|---|---|
| **Date Reported:** | 08/1999 | **Hired:** | |
| **Employer Name:** | MC MOMMUNICATIO | **Position:** | |
| **Date Reported:** | 04/1996 | **Hired:** | |
| **Employer Name:** | FOREST CITY AUTO PARTS | **Position:** | |
| **Date Reported:** | 11/1992 | **Hired:** | |
| **Employer Name:** | MOVING MUSIC MACHINE | **Position:** | |
| **Date Reported:** | 06/1992 | **Hired:** | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1' it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

# Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

# Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AARGON AGENCY INC** #1670005860
3025 W SAHARA
LAS VEGAS, NV 89102
(800) 326-7118

| | |
|---|---|
| **Balance:** | $397 |
| **Date Updated:** | 08/2006 |
| **Original Amount:** | $391 |
| **Original Creditor:** | IMPULSE TELECOM |
| **Past Due:** | >$397< |

| | |
|---|---|
| **Pay Status:** | >COLLECTION ACCOUNT< |
| **Account Type:** | OPEN ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |

**Loan Type:** COLLECTION AGENCY/ATTORNEY
**Remarks:** >PLACED FOR COLLECTION<
**Date placed for collection:** 05/2006

**To dispute online go to: http://transunion.com/disputeonline**

```
LOC. 03                              TRANS UNION CORPORATION              DATE: 09/07/06  TIME: 08:37
RPT-ID: KKAVB500-1                    CONSUMER RELATIONS                   PAGE:25031
                              ACDV3 RESPONSES THAT WERE AUTO UPDATED
```

```
05     DEPT: N
SUBSCRIBER RESPONSE DATE:  09/06/06              CONTROL: 160818550 002 01    MA/SM: 0103   SUB LOC: 001
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 09/10/06    DATE ENTERED: 08/16/06    DATE RECD: 08/14/06
```

```
                                          VERF    SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
NAME: WILSON, BRIAN M                      (S) NAME:
 AKA: LASHA BRIAN M,                           AKA:
ADDR: 5512  TINCUP DR                      (S) ADDR:
      LAS VEGAS, NV 89130
PREV: 751 N TENAYA WY 201                  (S) PREV:
      LAS VEGAS, NV 89128

SSN: Redacted 5961                         (S) SSN:
DOB: Redacted 74                           (S) DOB:
PHONE: 000-838-3146                        (S) PHONE:

CONSUMER    Not his/hers. Provide complete ID.
 STATES
COMMENTS
```

```
        SUBSCRIBER NAME      SUB.CODE      OPENED  VER'D   BAL.OWING  PAST DUE    HIGH CRDT   PAYMENT          TP.ACCT  MOP
        ACCOUNT NUMBER       CREDIT LIMIT  TERMS           LAST PYMT  DT 1ST DEL              HISTORY                   ECOA
        TYPE LOAN            COLLATERAL                     SP.COMMENTS/STATUS/REMARKS        METRO2 FORMAT

VERIFIED   AARGON AGENCY INC  1Y6M001      05/06   08/06   $397       $397        $391                          O      9B
   AS     1670005860                                                  10/03
REPORTED: X  COLLECTION AGENC IMPULSE TELECOM        CLA - PLACED FOR COLLECTION
```

```
------------------------------------------------------------------------------------------------------
CHANGE                                    09/06                                                         9B
DATA AS
SHOWN :
```

```
RESPONSE CODES:     01 ACCOUNT INFORMATION ACCURATE AS OF DATE REPORTED

CONSUMER MESSAGE:
AUTHORIZED PHONE/NAME:  Redacted-7037    -    DOMINIC CAMPBELL
------------------------------------------------------------------------------------------------------
```

```
        ACCT      PAYMENT    SPECIAL     COMPLIANCE    CONSUMER      MOP     REMARKS
        STATUS    RATING     COMMENT CD  CONDITION CD  INFORMATION IND CODE  CODE
   SENT  93                                                          9B      CLA
RECEIVED                                                             9B      CLA

              FIRST     MIDDLE    LAST    PREFIX
              NAME      NAME      NAME    SUFFIX     RESULT
VERIFICATION FLAGS  (S)     (S)       (S)                (S)
```

TU 0032

```
Dispute Line Item - Tradeline (160818550-002-01)
   Tuesday, August 15, 2006
   FILE A


               Original                    Change
               --------                    ------
Subscriber    AARGON AGENCY INC
              (Y 1Y6M001)
Acct Nbr      1670-0058-60
Type Acct     O:OPEN ACCOUNT
Loan Type     AG:COLLECTION
              AGENCY/ATTORNEY
ECOA          I:INDIVIDUAL ACCOUNT
Remark Cd     CLA:PLACED FOR
              COLLECTION *
MOP           9B
Dt Opened     05/06
Dt Closed
Dt Paid
Dt Repted     08/06                        09/06
Last Sale
Dt Verfied    08/06
Ver Indctr    A:AUTOMATIC                  V:VERIFIED
Balance       $397
Past Due      $397
CR Limit
High CR       $391
Histl Stat       0 Months Reviewed      *DELETED*
                 0 Times 30 Days Late   *DELETED*
                 0 Times 60 Days Late   *DELETED*
                 0 Times 90 Days+ Late  *DELETED*
Mx Del Dt
Mx Del Amt
Mx Del MOP

Pymts Past    0
Pay Pattrn
Collateral    IMPULSE TELECOM
Terms

Purge Dt      10/03
Cloak Rsn
Cloak Dt
```

TU 0033

Dispute Line Item - Tradeline Record, Cont. (160818550-002-01)
  Tuesday, August 15, 2006
  FILE A


--------------------------
Information For Consumers
--------------------------

            Data Furnisher:  AARGON AGENC (Y 1Y6M001)
            Account Number:  1670-0058-60

                  Disputes:  A2: Not His/Hers. Provide
                             Complete ID

               Received On:  Monday, August 14, 2006
                       Via:  TransUnion Website
            Current Status:  Request completed, credit report
                             updated

   Data Furnisher Response:  Verified as reported
 Ownership Verification Of:  Address,Previous Address,Date of
                             Birth,Name,SSN
              Notes (DAVE):  VAR 1 2 3 5 DOB/01
   Corrected Copy Verbiage:  Verified, No Change

---------------------------------
Information For Internal Use Only
---------------------------------

      Dispute Processed On:  Tuesday, August 15, 2006
                        At:  2:31:00 am
                        By:  PRASHANT SHINDE (C4488)
                        At:  Intelenet

          Original Disputes:

     Response Processed On:  Thursday, September 7, 2006
                        At:  5:57:00 am
                        By:  ACDV 3 (CRS9REQ3)
                        At:  Crum Lynne, PA

TU 0034

*** 160818550-003***
PO Box 2000
Chester, PA 19022

09/07/2006



TransUnion.

BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| AARGON AGENCY INC | # 1670005860 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

TU 0036

| | |
|---|---|
| File Number: | 160818550 |
| Page: | 1 of 9 |
| Date Issued: | 09/07/2006 |



TransUnion.

## Personal Information

**Name:** BRIAN M. WILSON

**Other Names:** LASHA,BRIAN,M
**You have been on our files since 09/1988**

**SSN:** XXX-XX-5961
**Date of Birth:** Redacted 1974
**Telephone:** Redacted 3146
**Your SSN is partially masked for your protection.**

## CURRENT ADDRESS

| | |
|---|---|
| Address: | 5512 TINCUP DR |
| | LAS VEGAS, NV 89130 |
| Date Reported: | 12/1999 |

## PREVIOUS ADDRESS

| | |
|---|---|
| Address: | 751 N TENAYA WY 201 |
| | LAS VEGAS, NV 89128 |
| Date Reported: | 02/1997 |
| Address: | 64 PARKVIEW, |
| | LACKAWANNA, NY 14218 |

## EMPLOYMENT DATA REPORTED

| Employer Name: | ADT SECURITY SERVICES INC | Position: | |
|---|---|---|---|
| Date Reported: | 08/1999 | Hired: | |
| Employer Name: | MC MOMMUNICATIO | Position: | |
| Date Reported: | 04/1996 | Hired: | |
| Employer Name: | FOREST CITY AUTO PARTS | Position: | |
| Date Reported: | 11/1992 | Hired: | |
| Employer Name: | MOVING MUSIC MACHINE | Position: | |
| Date Reported: | 06/1992 | Hired: | |

**Special Notes:** Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AARGON AGENCY INC** #1670005860
3025 W SAHARA
LAS VEGAS, NV 89102
(800) 326-7118

**Loan Type:** COLLECTION AGENCY/ATTORNEY
**Remarks:** >PLACED FOR COLLECTION<
**Date placed for collection:** 05/2006

| | |
|---|---|
| Balance: | $397 |
| Date Verified: | 08/2006 |
| Original Amount: | $391 |
| Original Creditor: | IMPULSE TELECOM |
| Past Due: | >$397< |

| | |
|---|---|
| Pay Status: | >COLLECTION ACCOUNT< |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |

TU 0037

```
Credit Life (177187079-001)
  Monday, August 27, 2007


---------------------------------
Information for Internal Use Only
---------------------------------
     Initially Pulled On:  Monday, August 27, 2007
                      At:  4:44:00 am
                      By:  FATHIMA SAJID (C3225)
                      At:  Intelenet
     Initiated Because Of:  Consumer

          Number of Files:  01


-----
Input
-----
                      SSN:  Redacted-5961
            Date of Birth:
                     Name:  BRIAN WILSON
                Telephone:
                 Employer:

          Current Address:  5512 TINCUP DR
                            LAS VEGAS, NV 89130
         Previous Address:
  Second Previous Address:
```

TU 0058

***177187079-001***
PO Box 2000
Chester, PA 19022

08/27/2007



Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

TU 0059



| | | |
|---|---|---|
| File Number: | 177187079 | |
| Page: | 1 of 11 | |
| Date Issued: | 08/27/2007 | **TransUnion.** |

## Personal Information

| | |
|---|---|
| Name: | BRIAN M. WILSON |

| | |
|---|---|
| SSN: | XXX-XX-5961 |
| Date of Birth: | Redacted 1974 |
| Telephone: | I-3146 |
| Your SSN is partially masked for your protection. | |

**Other Names:** LASHA,BRIAN,M
**You have been on our files since 09/1988**

## CURRENT ADDRESS

| | |
|---|---|
| Address: | 5512 TINCUP DR |
| | LAS VEGAS, NV 89130 |
| Date Reported: | 12/1999 |

## PREVIOUS ADDRESS

| | |
|---|---|
| Address: | 751 N TENAYA WY 201 |
| | LAS VEGAS, NV 89128 |
| Date Reported: | 02/1997 |
| Address: | 64 PARKVIEW AV |
| | LACKAWANNA, NY 14218 |

## EMPLOYMENT DATA REPORTED

| | | | |
|---|---|---|---|
| Employer Name: | ADT SECURITY SERVICES INC | Position: | |
| Date Reported: | 08/1999 | Hired: | |
| Employer Name: | MC MOMMUNICATIO | Position: | |
| Date Reported: | 04/1996 | Hired: | |
| Employer Name: | FOREST CITY AUTO PARTS | Position: | |
| Date Reported: | 11/1992 | Hired: | |
| Employer Name: | MOVING MUSIC MACHINE | Position: | |
| Date Reported: | 06/1992 | Hired: | |

**Special Notes:** Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AARGON AGENCY INC** #1670005860
3025 W SAHARA
LAS VEGAS, NV 89102
(800) 326-7118

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 05/2006

| | | | |
|---|---|---|---|
| Balance: | $397 | Pay Status: | ›COLLECTION ACCOUNT‹ |
| Date Verified: | 08/2006 | Account Type: | OPEN ACCOUNT |
| Original Amount: | $391 | Responsibility: | INDIVIDUAL ACCOUNT |
| Original Creditor: | IMPULSE TELECOM | | |
| Past Due: | ›$397‹ | | |

```
LOC. 03                              TRANS UNION CORPORATION               DATE: 08/30/07  TIME: 05:45
RPT-ID: KKAVB500-1                     CONSUMER RELATIONS                           PAGE:41098
                              ACDV3 RESPONSES THAT WERE AUTO UPDATED


05     DEPT: N
SUBSCRIBER RESPONSE DATE:  08/29/07              CONTROL: 177187079 002 01    MA/SM: 0103   SUB LOC: 001
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 09/20/07   DATE ENTERED: 08/28/07   DATE RECD: 08/24/07

                                             VERF    SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
NAME: WILSON, BRIAN M                        (S) NAME:
 AKA: LASHA BRIAN M,                              AKA:
ADDR: 5512  TINCUP DR                        (S) ADDR:
      LAS VEGAS, NV 89130
PREV: 751 N TENAYA WY 201                    (S) PREV:
      LAS VEGAS, NV 89128


SSN: Redacted-5961                           (S) SSN:
DOB:      74                                 (S) DOB:
PHONE: Redacted-3146                         (S) PHONE:


CONSUMER    Not his/hers. Provide complete ID.
STATES
COMMENTS
         SUBSCRIBER NAME     SUB.CODE      OPENED  VER'D   BAL.OWING   PAST DUE    HIGH CRDT   PAYMENT        TP.ACCT  MOP
         ACCOUNT NUMBER      CREDIT LIMIT  TERMS           LAST PYMT   DT 1ST DEL              HISTORY                 ECOA
         TYPE LOAN           COLLATERAL             SP.COMMENTS/STATUS/REMARKS     CLOSED      METRO2 FORMAT

VERIFIED  AARGON AGENCY INC   1Y6M001      05/06  08/06      $397       $397        $391                        O    9B
AS        1670005860                                                    10/03
REPORTED: X  COLLECTION AGENC IMPULSE TELECOM       CLA - PLACED FOR COLLECTION


------------------------------------------------------------------------------------------------------------
CHANGE                                       08/07                                                              9B
DATA AS
SHOWN :



RESPONSE CODES:    01 ACCOUNT INFORMATION ACCURATE AS OF DATE REPORTED

CONSUMER MESSAGE:
AUTHORIZED PHONE/NAME:    702-220-7037   -   ERRICCA MONTAGUE

------------------------------------------------------------------------------------------------------------
         ACCT       PAYMENT      SPECIAL      COMPLIANCE     CONSUMER       MOP      REMARKS
         STATUS     RATING       COMMENT CD   CONDITION CD   INFORMATION IND CODE    CODE
SENT     93                                                                9B        CLA
RECEIVED                                                                   9B        CLA


                    FIRST        MIDDLE       LAST       PREFIX
                    NAME         NAME         NAME       SUPFIX       RESULT
VERIFICATION FLAGS  (S)          (S)          (S)                     (S)
```

TU 0071

```
Dispute Line Item - Tradeline (177187079-002-01)
  Monday, August 27, 2007
  FILE A


              Original                    Change
              --------                    ------
Subscriber    AARGON AGENCY INC
              (Y 1Y6M001)
Acct Nbr      1670-0058-60
Type Acct     O:OPEN ACCOUNT
Loan Type     AG:COLLECTION
              AGENCY/ATTORNEY
ECOA          I:INDIVIDUAL ACCOUNT
Remark Cd     CLA:PLACED FOR
              COLLECTION *
MOP           9B
Dt Opened     05/06
Dt Closed
Dt Paid
Dt Repted     09/06                       08/07
Last Sale
Dt Verfied    08/06
Ver Indctr    V:VERIFIED
Balance       $397
Past Due      $397
CR Limit
High CR       $391
Histl Stat    0 Months Reviewed      *DELETED*
              0 Times 30 Days Late   *DELETED*
              0 Times 60 Days Late   *DELETED*
              0 Times 90 Days+ Late  *DELETED*
Mx Del Dt
Mx Del Amt
Mx Del MOP


Pymts Past    0
Pay Pattrn
Collateral    IMPULSE TELECOM
Terms


Purge Dt      10/03
Cloak Rsn
Cloak Dt
```

```
Dispute Line Item - Tradeline Record, Cont. (177187079-002-01)
  Monday, August 27, 2007
  FILE A


--------------------------
Information For Consumers
--------------------------

           Data Furnisher:  AARGON AGENC (Y 1Y6M001)
           Account Number:  1670-0058-60

                 Disputes:  A2: Not His/Hers. Provide
                            Complete ID

              Received On:  Friday, August 24, 2007
                      Via:  Mail
           Current Status:  Request completed, credit report
                            updated

  Data Furnisher Response:  Verified as reported
  Ownership Verification Of: Address,Previous Address,Date of
                             Birth,Name,SSN
             Notes (DAVE):  VAR 1 2 3 5 DOB/01
   Corrected Copy Verbiage: Verified, No Change

---------------------------------
Information For Internal Use Only
---------------------------------

      Dispute Processed On:  Monday, August 27, 2007
                       At:  4:46:00 am
                       By:  FATHIMA SAJID (C3225)
                       At:  Intelenet

         Original Disputes:

     Response Processed On:  Thursday, August 30, 2007
                       At:  5:36:00 am
                       By:  ACDV 3 (CRS9REQ3)
                       At:  Crum Lynne, PA
```

*** 177187079-003***
PO Box 2000
Chester, PA 19022

08/30/2007    

BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| AARGON AGENCY INC | # 1670005860 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

| File Number: | 177187079 |
|---|---|
| Page: | 1 of 11 |
| Date Issued: | 08/30/2007 |

**TransUnion.**

## Personal Information

| Name: | BRIAN M. WILSON | SSN: | XXX-XX-5961 |
|---|---|---|---|
| | | Date of Birth: | Redacted 1974 |
| | | Telephone: | I-3146 |
| Other Names: | LASHA,BRIAN,M | Your SSN is partially masked for your protection. | |

You have been on our files since 09/1988

### CURRENT ADDRESS

| Address: | 5512 TINCUP DR |
|---|---|
| | LAS VEGAS, NV 89130 |
| Date Reported: | 12/1999 |

### PREVIOUS ADDRESS

| Address: | 751 N TENAYA WY 201 |
|---|---|
| | LAS VEGAS, NV 89128 |
| Date Reported: | 02/1997 |
| Address: | 64 PARKVIEW AV |
| | LACKAWANNA, NY 14218 |

### EMPLOYMENT DATA REPORTED

| Employer Name: | THUMPERTALK INC | Position: | 14 |
|---|---|---|---|
| Date Reported: | 08/2007 | Hired: | |
| Employer Name: | ADT SECURITY SERVICES INC | Position: | |
| Date Reported: | 08/1999 | Hired: | |
| Employer Name: | MC MOMMUNICATIO | Position: | |
| Date Reported: | 04/1996 | Hired: | |
| Employer Name: | FOREST CITY AUTO PARTS | Position: | |
| Date Reported: | 11/1992 | Hired: | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AARGON AGENCY INC** #1670005860
3025 W SAHARA
LAS VEGAS, NV 89102
(800) 326-7118

| Balance: | $397 | Pay Status: | ›COLLECTION ACCOUNT‹ |
|---|---|---|---|
| Date Verified: | 08/2006 | Account Type: | OPEN ACCOUNT |
| Original Amount: | $391 | Responsibility: | INDIVIDUAL ACCOUNT |
| Original Creditor: | IMPULSE TELECOM | | |
| Past Due: | ›$397‹ | | |

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 05/2006

```
Disclosure (177187079-004)
  Wednesday, October 31, 2007


--------------------------
Information For Consumers
--------------------------

        Number Of Files:  01
            Received On:  Wednesday, October 31, 2007
                    Via:  Telephone
     Initiated Because Of:  Generic Insurance

        Consumer States:  Nothing
         Proof Provided:  None

         Current Status:  Request Completed
             Printed On:  Thursday, November 1, 2007
         Print Language:  English
             Sent Score:  No

    Mailed To Consumer At:  BRIAN M WILSON
                           5512 TINCUP DR
                           LAS VEGAS, NV 89130


------------------
Payment Processing
------------------

      Products Requested:  Disclosure
           Fee Received:  $0.00
          Refund Amount:  $0.00


--------------------------------
Information For Internal Use Only
--------------------------------

        Pull Number(s):  02A
     Initially Entered On:  Wednesday, October 31, 2007
                    At:  10:05:00 am
                    By:  Numeric Search (CRS9REQN)
                    At:  Crum Lynne, PA
           Processed On:  Wednesday, October 31, 2007
                    At:  10:05:00 am
                    By:  Numeric Search (CRS9REQN)
                    At:  Crum Lynne, PA
```

TU 0087

*** 177187079-004***
PO Box 2000
Chester, PA 19022

10/31/2007 

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations



| | |
|---|---|
| File Number: | 177187079 |
| Page: | 1 of 11 |
| Date Issued: | 10/31/2007 |

**TransUnion.**

## Personal Information

**Name:** BRIAN M. WILSON

**Other Names:** LASHA,BRIAN,M
**You have been on our files since 09/1988**

**SSN:** XXX-XX-5961
**Date of Birth:** Redacted 1974
**Telephone:** Redacted 3146
Your SSN is partially masked for your protection.

### CURRENT ADDRESS

**Address:** 5512 TINCUP DR
LAS VEGAS, NV 89130
**Date Reported:** 12/1999

### PREVIOUS ADDRESS

**Address:** 751 N TENAYA WY 201
LAS VEGAS, NV 89128
**Date Reported:** 02/1997
**Address:** 64 PARKVIEW AV
LACKAWANNA, NY 14218

### EMPLOYMENT DATA REPORTED

| | | | |
|---|---|---|---|
| **Employer Name:** | THUMPERTALK INC | **Position:** | 14 |
| **Date Verified:** | 08/2007 | **Hired:** | |
| **Employer Name:** | ADT SECURITY SERVICES INC | **Position:** | |
| **Date Reported:** | 08/1999 | **Hired:** | |
| **Employer Name:** | MC MOMMUNICATIO | **Position:** | |
| **Date Reported:** | 04/1996 | **Hired:** | |
| **Employer Name:** | FOREST CITY AUTO PARTS | **Position:** | |
| **Date Reported:** | 11/1992 | **Hired:** | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AARGON AGENCY INC #1670005860**
3025 W SAHARA
LAS VEGAS, NV 89102
(800) 326-7118

**Loan Type:** COLLECTION AGENCY/ATTORNEY
**Remarks:** ›PLACED FOR COLLECTION‹
**Date placed for collection:** 05/2006

| | |
|---|---|
| **Balance:** | $397 |
| **Date Verified:** | 08/2006 |
| **Original Amount:** | $391 |
| **Original Creditor:** | IMPULSE TELECOM |
| **Past Due:** | ›$397‹ |

| | |
|---|---|
| **Pay Status:** | ›COLLECTION ACCOUNT‹ |
| **Account Type:** | OPEN ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |

DR 02/18/2008 (OOPS24) 281.12540.2049038

February 11, 2008

Brian M Wilson
5512 Tincup Dr
Las Vegas, NV 89130

In regards to: Credit Reporting Agency Disputed Item

TransUnion
PO Box 1000
Chester, PA 19022

To Whom It May Concern:

It has come to my attention that you are reporting what I believe to be inaccurate data which we dispute and this letter is an appeal for your assistance. As a reporting agency you are governed by the Fair Credit Reporting Act (FCRA), which protects consumers from inaccurate, outdated or invalidated information reporting of their credit file. The FCRA states that it's the Bureau's responsibility to ensure that all information contained within consumer credit files is accurate and free from errors.

The following information has been allowed to be reported on my credit file, I have been denied credit and have been publicly embarrassed and humiliated. In an effort to investigate these accounts, I contacted the collection agency and asked for documentation.

The FCRA, 15 U.S.C. Section 1692g(a), mandates in no uncertain terms that a debtor has 30 days to dispute the validity of a debt. If the creditor cannot provide sufficient evidence that the debtor was given adequate notice, the debtor must be given another 30-day debt-validation period, and the creditor must provide evidence the debtor is liable for the account(s) in question.

Attachments to support my claims on the following accounts have been included with this dispute letter and are noted in the listing below. I've sent several notices to these creditors or collection agencies requesting validation of the account(s) below, but they failed to provide adequate documentation proving my liability for the account in question: I hereby dispute these debts and request the following items be thoroughly investigated and deleted:

**Aargon Agency Inc - 167000XXXXX $397.00**
This is not my debt, and the collection agency has failed to respond to my written requirements for proof of the debt. I have filed a formal complain in US District Court for removal of this debt from my credit file. I have enclosed a copy of the court filing.

Sincerely,

Brian M Wilson

Enclosure (1) – US District Court filing

TU 0101

DR 02/18/2008 (00PS24) 282.12540.2049038

1   CRAIG B. FRIEDBERG, ESQ.
    Nevada Bar No. 004606
2   4760 South Pecos Road, Suite 103
    Las Vegas, Nevada 89121
3   Phone: (702) 435-7968; Fax: (702) 946-0887

4   Attorney for Plaintiff

5

6                  UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8

9   BRIAN M. WILSON,                           CASE NO.: 2:07-cv-00616

10          Plaintiff,

11   vs.

12   AARGON AGENCY, INC., a Nevada
     corporation, DOES I-V, inclusive and ROE        COMPLAINT
13   Corporations VI-X, inclusive,                        &
                                                  EIGHT PERSON JURY
14          Defendants.                              DEMANDED

15

16      1.      This is a claim for actual and statutory damages brought by the named

17   plaintiff, BRIAN M. WILSON (hereinafter referred to as "Plaintiff" or "Wilson"), for

18   Defendant's violations of the Fair Debt Collection Practices Act (hereinafter referred to

     as the "FDCPA"), 15 U.S.C. §1692, *et seq.*, Defendant's violations of the Fair Credit
19
     Reporting Act (hereinafter referred to as the "FCRA"), 15 U.S.C § 1681 *et seq.*, and
20
     Nevada Revised Statutes (hereinafter "NRS"), Chapters 598 et seq., and 649 et seq., as
21
     amended, and common law torts (hereinafter "State Acts"), all of which prohibit debt
22
     collectors from engaging in abusive, deceptive, harassing, unfair, and illegal practices.
23
        2.      Jurisdiction of this Court is invoked under 15 U.S.C. §1692k(d), 15 U.S.C.
24
     §1681(p), 28 U.S.C. §1337, and supplemental jurisdiction exists for the state law claims
25
     under 28 U.S.C. § 1367.  Venue in this District is proper because both Plaintiff and
26
     Defendant resides in Nevada.
27
        3.      Wilson is a "consumer" as defined in the Act at 15 U.S.C.§1692a(3) who
28
     allegedly owes a (past-due) consumer "debt" as defined by 15 U.S.C. § 1692a(5) and NRS

*Law Office of*
CRAIG B. FRIEDBERG, ESQ.
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968  Telecopier (702) 946-0887

TU 0102

DR 02/18/2008 (00PS24) 283.12540.2049038

*Law Office of*
**CRAIG B. FRIEDBERG, ESQ.**
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968   Telecopier (702) 946-0017

1   649.010.  Wilson is also a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

2   4.   Defendant, AARGON AGENCY, INC. (hereinafter referred to as

3   "Defendant" or "Aargon"), is a corporation, organized and existing under the laws of the

4   state of Nevada, with its principal place of business in Las Vegas, NV.

5   5.   Aargon regularly collects or attempts to collect consumer debts owed or

6   due or asserted to be owed or due another and is a "debt collector" as defined by 15

7   U.S.C. § 1692a(6).

8   6.   Aargon is also a furnisher of information as contemplated by the FCRA, 15

9   U.S.C. § 1681s-2(a) & (b), who regularly and in the ordinary course of business,

10   furnishes information to one or more consumer reporting agencies about consumer

11   transactions or experiences with any consumer.

12   7.   The alleged debt was allegedly incurred by Wilson primarily for personal,

13   family, or household purposes.

14   8.   Plaintiff is unaware of the true names and legal capacities, whether

15   individual, corporate, associate, or otherwise, of the Defendants DOES I-V and ROE

16   Corporations VI-X, sued herein inclusive, and therefore sues Defendants by such

17   fictitious names.

18   9.   Plaintiff is informed and believes, and thereon alleges, that each of the

19   Defendants designated herein as DOES I-V and ROE Corporations VI-X, are in some

20   way legally responsible and liable for the events referred to herein, and proximately

21   caused the damages alleged herein.

22   10.   Plaintiff prays leave to insert said Defendants' true names and legal

23   capacities when ascertained.

24   11.   At all times material hereto, and in doing the acts and omissions alleged

25   herein, the Defendants and each of them, including DOES I-V and ROE Corporations

26   VI-X, acted individually and/or through their officers, agents, employees, and co-

27   conspirators, including the fictitious Defendants named herein, each of whom was

28   acting within the purpose and scope of that agency, employment and conspiracy, and

- 2 -

TU 0103

DR 02/18/2008 (00PS24) 284.12540.2049008

1  said acts and omissions were known to, and authorized and ratified by, each of the other

2  Defendants.

3                                    **FACTUAL ALLEGATIONS**

4          12.     Plaintiff repeats, realleges and incorporates by reference paragraphs one

5  through eleven, inclusive, above.

6          13.     In 2006, Aargon initiated a campaign of abusive, unfair, unreasonable and

7  unlawful debt collection activity directed against Wilson in Las Vegas, NV.

8          14.     On or about June 1, 2006, Aargon sent Wilson a dunning letter ("the

9  dunning letter") attempting to collect $ 392.63 allegedly due Impulse Telecom.  A true

10  and accurate copy of the dunning letter is attached hereto, marked as Plaintiff's Exhibit

11  1.

12          15.     After receiving the dunning letter, Wilson sent a letter to Aargon, dated

13  June 7, 2006, disputing the validity of the debt and asserting other validation rights

14  accorded to him under the Act.  A true and accurate copy of Wilson's letter is attached

15  hereto, marked Plaintiff's Exhibit 2.

16          16.     Wilson sent his letter by Fed Ex Ground, and Aargon received the letter on

17  June 28, 2006, as shown by the Fed Ex Ground Delivery Information sheet that is

18  attached hereto, marked Plaintiff's Exhibit 3.

19          17.     Despite being put on notice that Wilson disputed the alleged debt, Aargon

20  nevertheless reported the alleged debt to credit reporting agencies Experian and Trans

21  Union, without communicating that the alleged debt was disputed.

22          18.     Wilson disputed Aargon's account with Experian and Trans Union,

23  however, after they conveyed the dispute to Aargon, it verified its reporting of the

24  account to the consumer reporting agencies, without communicating that the alleged

25  debt was disputed.

26          19.     Aargon's harassment has impeded Wilson's access to mortgage financing.

27  ///

28  ///

*Law Office of*
**CRAIG B. FRIEDBERG, ESQ.**
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968  Telecopier (702) 946-0887

- 3 -

TU 0104

## CAUSES OF ACTION

### COUNT ONE

20.   Plaintiff repeats, realleges and incorporates by reference paragraphs one through nineteen, inclusive, above.

21.   The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, sections 1692d, 1692e and 1692f.

22.   Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT TWO

23.   Plaintiff repeats, realleges and incorporates by reference paragraphs one through nineteen, inclusive, above.

24.   In the entire course of its action, Defendant willfully and/or negligently failed to comport with FCRA, section 1681s-2(b).

25.   Plaintiff is entitled to recover statutory damages, actual damages, exemplary damages, reasonable attorney's fees, and costs.

### COUNT THREE

26.   Plaintiff repeats, realleges and incorporates by reference paragraphs one through nineteen, inclusive, above.

27.   Defendant's acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. MacIntyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. Nev. 1997).

28.   Plaintiff is entitled to recover actual damages as well as exemplary damages in an amount to be proven at trial.

### COUNT FOUR

29.   Plaintiff repeats, realleges and incorporates by reference paragraphs one through twenty-eight, inclusive, above.

30.   Aargon's violations of the state Acts include, but are not limited to, the

Law Office of
CRAIG B. FRIEDBERG, ESQ.
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968  Telecopier (702) 946-0327

- 4 -

1    following: NRS Chapters 598 et seq. and 649 et seq., by using any device, subterfuge,

2    pretense or deceptive means or representations to collect any debt.

3            31.      NRS 598 (deceptive trade practices) and 649 (collection agency practices),

4    in tandem, allows a state claim for deceptive trade practices where the collection agency

5    engages in harassing tactics, which has been defined in NAC 649.150 as "a violation by

6    any collection agency or collection agent of any of the provisions of 15 U.S.C. §§ 1692b to

7    1692j, inclusive" (i.e., the FDCPA).[1]

8    _____

9        [1]N.R.S. 41.600 allows for an action by victims of fraud. It states in pertinent part:
              1. An action may be brought by any person who is a
10       victim of consumer fraud.
              2. As used in this section, "consumer fraud" means:
11                                            * * *
12               (d) A deceptive trade practice as defined in NRS
             598.0915 to 598.0925, inclusive.
13       NRS 598.0923(4) defines deceptive trade practices as conducting a business by
     using "coercion, duress or intimidation in a transaction."
14       Furthermore, NRS 598.0953 states that the specific deceptive trade practices
     defined in NRS 598.0915 to 598.0925, inclusive, "are in addition to and do not limit the
15   types of unfair trade practices actionable at common law or defined as such in other
     statutes in this state (emphasis added)." NRS 649.375(5) pertains to prohibited acts of
16   collection agencies. It states, in pertinent part, that a collection agency "shall not ...
     engage in any conduct that constitutes harassment as defined by regulations adopted by
17   the commissioner."
18       The regulations can be found in NAC 649.150, which states that:
             The commissioner of financial institutions will consider *a*
19           *violation by any collection agency or collection agent of*
             *any of the provisions of 15 U.S.C. §§ 1692b to 1692j,*
20           *inclusive, as those sections existed on July 1, 1986, to be an*
             *act or omission inconsistent with the faithful discharge of*
21           *the duties or obligations of a collection agency or collection*
             *agent* and grounds for the suspension or revocation of the
22           license of the collection agency or collection agent. [Banking
             Div., Harassment in Debt Collection Reg., eff. 1-17-
23           79]—(NAC A by Admstr. of Financial Institutions, eff. 6-29-
             84; A by Comm'r of Financial Institutions, 5-19-88)
24           (Emphasis added.)
25       Thus, a judgment finding Defendants violated any of the provisions of the
     FDCPA, would also establish that it engaged in harassing conduct toward Plaintiff,
26   which is the basis of this claim for relief.

27                                                              (continued...)

28

Law Office of
CRAIG B. FRIEDBERG, ESQ.
4790 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968  Telecopier (702) 446-0537

TU 0106

1    32.    All of Defendant's acts as described above were done intentionally and

2    with malice for the purpose of coercing Plaintiff to pay an alleged, past-due, debt.

3    33.    As a result of the above acts and omissions, Defendant is liable to the

4    Plaintiff in the sum of Plaintiff's actual damages, statutory damages, exemplary

5    damages, fees and costs.

6    **DEMAND FOR JURY TRIAL**

7    34.    Please take notice that Plaintiff demands trial by jury in this action.

8    **PRAYER FOR RELIEF**

9    WHEREFORE, Plaintiff respectfully prays, that judgment be entered against

10   Defendant for the following:

11   (1)    For general and compensatory damages;

12   (2)    For statutory damages pursuant to 15 U.S.C. § 1692k in the amount of

13   $1000.00;

14   (3)    For statutory damages pursuant to 15 U.S.C. § 1681n in the amount of

15   $1000.00;

16   (4)    For exemplary damages;

17   (5)    For reasonable attorney fees for all services performed by counsel in

18   connection with the prosecution of this claim;

19   (6)    For reimbursement for all costs and expenses incurred in connection with

20   the prosecution of this claim; and

21   ///

22   ///

23   ///

24   ///

25   _____

26   '(...continued)
     Moreover, such acts would also be considered in violation of 15 U.S.C. §1692f,

27   and therefore, a violation of NRS 649.375(5). 15 U.S.C. §1692f states, in pertinent part:
     A debt collector may not use unfair or unconscionable means

28   to collect or attempt to collect any debt.

- 6 -

Law Office of
CRAIG B. FRIEDBERG, ESQ.
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968 Telecopier (702) 446-0637

DR 02/18/2008 (00PS24) 288.12540.2049038

1      (7)    For any and all other relief this Court may deem appropriate.

2     DATED this 9th day of May 2007.

3 Respectfully submitted by:

4

5

6 /s/ Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nev. 89121

7 Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Law Office of*
**CRAIG B. FRIEDBERG, ESQ.**
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968  Telephoner (702) 946-0817

- 7 -

TU 0108

DR 02/18/2008 (00PS24) 289.12540.2049038

Activity in Case 2:07-cv-00616 Wilson v. Aargon Agency, Inc. "C...

**Subject:** Activity in Case 2:07-cv-00616 Wilson v. Aargon Agency, Inc. "Complaint"
**From:** cmecf@nvd.uscourts.gov
**Date:** Thu, 10 May 2007 14:15:58 -0700
**To:** cmecfhelpdesk@nvd.uscourts.gov

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**United States District Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from Friedberg, Craig B. entered on 5/10/2007 at 2:15 PM PDT and filed on 5/10/2007

| | |
|---|---|
| **Case Name:** | Wilson v. Aargon Agency, Inc. |
| **Case Number:** | 2:07-cv-616 |
| **Filer:** | Brian M. Wilson |
| **Document Number:** 1 | |

**Docket Text:**
COMPLAINT against Aargon Agency, Inc. (Filing fee $ 350 receipt number 561179), filed by Brian M. Wilson. Certificate of Interested Parties due by 5/20/2007. Proof of service due by 9/7/2007. (Attachments: # (1) Civil Cover Sheet # (2) Summons)(Friedberg, Craig)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=5/10/2007] [FileNumber=3445190-0
] [36b7a9c5eb887601ec7f3b1ce43a55cd03d5920bcaddbd6b0273d4n6a84f3e1f33c
b1f1fd26de1553bc5401f3dc4bf15dd77d6ab2721c8ea01etc970f4068ade]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=5/10/2007] [FileNumber=3445190-1
] [51e410dd1a322ad121cee524403422bd829bcf3f486d99378681ab20230ee2d0471
d4a17d23cdb2f0b6bf3fa05455fd657561d315db8c522e089a65a48d31742]]
**Document description:** Summons
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=5/10/2007] [FileNumber=3445190-2
] [60d3cb4c1l98c9953572ec63f5d29b97dfa065c348000626803a48e474ceb51200b
ce2db6a1f23e43567a4d8ca8e95fb0b033ae3cf6562adbf3bc5e071aa3232]]

**2:07-cv-616 Notice will be electronically mailed to:**

Craig B. Friedberg   attcbf@cox.net, attcbf@yahoo.com, cbfriedberg@justice.com, attcbf@hotmail.com

5/10/2007 2:18 PM

TU 0109

Wilson
5512 Tincup Dr
Las Vegas NV 89130



DR 02/18/2008 (OOPS24) 290.12540 2049038

CERTIFIED MAIL

7007 2680 0001 5597 9547

  

U.S. POSTAGE PAID
LAS VEGAS NV
89130
FEB 13 '08
AMOUNT
$5.38
00054088-10

Trans Union
PO Box 1000
Chester PA 19022

```
Credit Life (185264326-001)
  Tuesday, February 19, 2008


---------------------------------
Information for Internal Use Only
---------------------------------
      Initially Pulled On:  Tuesday, February 19, 2008
                      At:  6:04:00 pm
                      By:  SATISH YADAV (C4513)
                      At:  Intelenet
      Initiated Because Of:  Consumer

          Number of Files:  01


-----
Input
-----
                     SSN:  Redacted-5961
           Date of Birth:
                    Name:  BRIAN M WILSON
               Telephone:
                Employer:

         Current Address:  5512 TINCUP DR
                           LAS VEGAS, NV 89130
        Previous Address:
 Second Previous Address:
```

*** 185264326-001***
PO Box 2000
Chester, PA 19022

02/19/2008   

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

TU 0112



| File Number: | 185264326 |
|---|---|
| Page: | 1 of 11 |
| Date Issued: | 02/19/2008 |

**TransUnion.**

## Personal Information

| Name: | BRIAN M. WILSON |
|---|---|

| SSN: | XXX-XX-5961 |
|---|---|
| Date of Birth: | Redacted 1974 |
| Telephone: | Redacted 3146 |

Your SSN is partially masked for your protection.

Other Names:     LASHA,BRIAN,M
You have been on our files since 09/1988

## CURRENT ADDRESS

| Address: | 5512 TINCUP DR |
|---|---|
| | LAS VEGAS, NV 89130 |
| Date Reported: | 12/1999 |

## PREVIOUS ADDRESS

| Address: | 751 N TENAYA WY 201 |
|---|---|
| | LAS VEGAS, NV 89128 |
| Date Reported: | 02/1997 |
| Address: | 64 PARKVIEW AV |
| | LACKAWANNA, NY 14218 |

## EMPLOYMENT DATA REPORTED

| Employer Name: | THUMPERTALK INC | Position: | 14 |
|---|---|---|---|
| Date Verified: | 08/2007 | Hired: | |

| Employer Name: | ADT SECURITY SERVICES INC | Position: | |
|---|---|---|---|
| Date Reported: | 08/1999 | Hired: | |

| Employer Name: | MC MOMMUNICATIO | Position: | |
|---|---|---|---|
| Date Reported: | 04/1996 | Hired: | |

| Employer Name: | FOREST CITY AUTO PARTS | Position: | |
|---|---|---|---|
| Date Reported: | 11/1992 | Hired: | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

### AARGON AGENCY INC #1670005860
3025 W SAHARA
LAS VEGAS, NV 89102
(800) 326-7118

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 05/2006

| Balance: | $397 |
|---|---|
| Date Verified: | 08/2006 |
| Original Amount: | $391 |
| Original Creditor: | IMPULSE TELECOM |
| Past Due: | ›$397‹ |

| Pay Status: | ›COLLECTION ACCOUNT‹ |
|---|---|
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |

TU 0113

```
Letter (185264326-003)
  Tuesday, February 19, 2008


  ---------------------------
  Information For Consumers
  ---------------------------
                  Received On:  Monday, February 18, 2008
                          Via:  Mail
          Initiated Because Of:  Consumer
                   Printed On:  Tuesday, February 19, 2008
               Print Language:  English
              Paragraphs Added:  #001 Formal Letter Opening
                                 Paragraph
                                 #207 Documentation Unusable
                                 #425 CDV's Not Available to
                                 Consumer
                                 #002 Formal Letter Closing
                                 Paragraph

       Mailed To Consumer At:   BRIAN M WILSON
                                5512 TINCUP DR
                                LAS VEGAS, NV 89130

  ----------------------------------
  Information For Internal Use Only
  ----------------------------------
                   Created On:  Tuesday, February 19, 2008
                           At:  6:14:00 pm
                           By:  SATISH YADAV (C4513)
                           At:  Intelenet
```

TU 0124

```
*** 185264326-003 ***
P.O. BOX 2000
Chester, PA 19022-2000
```

FEBRUARY 19, 2008                    FILE NUMBER 185264326

BRIAN M WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request.

Re: Dispute Status : AARGON AGENCY#..05860

We are unable to accept the documentation you sent. However,
TransUnion will contact the source of the disputed information
to advise them of your dispute. We will ask them to verify the
accuracy of the reported information. When the investigation is
completed, you will receive written response and/or a copy of
your updated credit report to notify you of the results.

Re: Verification Documents not Available

We store information in our records as it is supplied to us by
creditors. When information is disputed, we are required to
investigate and record the current status of the information. We
do not provide dispute verification responses received from
creditors. If you need to obtain documentation or written
verification concerning your accounts, then please contact your
creditors directly.

If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide your current file number 185264326.

```
P.O. BOX 2000
CHESTER, PA 19022-2000
```

Dispute Line Item - Tradeline Record, Cont. (185264326-002-01)
  Tuesday, February 19, 2008
  FILE A


--------------------------
Information For Consumers
--------------------------

                Data Furnisher:  AARGON AGENC (Y 1Y6M001)
                Account Number:  1670-0058-60

                     Disputes:   A2: Not His/Hers. Provide
                                 Complete ID
                                 C6: Account Involved in
                                 Litigation. Verify All Account
                                 Information
             Consumer Comment:   Unable to authenticate
                                 documentation dated 05/09/2007

                  Received On:   Monday, February 18, 2008
                         Via:    Mail
               Current Status:   Request completed, credit report
                                 updated

       Data Furnisher Response:  Verified as reported
       Ownership Verification Of: Address,Previous Address,Date of
                                 Birth,Name,SSN
                 Notes (DAVE):   VAR 1 2 3 5 DOB/01
        Corrected Copy Verbiage: Verified, No Change

---------------------------------
Information For Internal Use Only
---------------------------------

          Dispute Processed On:  Tuesday, February 19, 2008
                         At:     6:14:00 pm
                         By:     SATISH YADAV (C4513)
                         At:     Intelenet

             Original Disputes:

         Response Processed On:  Saturday, February 23, 2008
                         At:     9:16:00 pm
                         By:     ACDV 3 (CRS9REQ3)
                         At:     Crum Lynne, PA


TU 0128

\*\*\* 185264326-004\*\*\*
PO Box 2000
Chester, PA 19022



02/23/2008

BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| AARGON AGENCY INC | # 1670005860 | VERIFIED, NO CHANGE |

TU 0130

| | |
|---|---|
| File Number: | 185264326 |
| Page: | 1 of 1 |
| Date Issued: | 02/23/2008 |



**TransUnion.**

**Special Notes:** If any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AARGON AGENCY INC** #1670005860
3025 W SAHARA
LAS VEGAS, NV 89102
(800) 326-7118

| | |
|---|---|
| Balance: | $397 |
| Date Verified: | 08/2006 |
| Original Amount: | $391 |
| Original Creditor: | IMPULSE TELECOM |
| Past Due: | ›$397‹ |

| | |
|---|---|
| Pay Status: | ›COLLECTION ACCOUNT‹ |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ›PLACED FOR COLLECTION‹
Date placed for collection: 05/2006

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

*** 185264326-007***
PO Box 2000
Chester, PA 19022

08/26/2009    **TransUnion.** 

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

BRIAN M. WILSON
5512 TINCUP DR
LAS VEGAS, NV 89130

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

TU 0134

| | |
|---|---|
| File Number: | 185264326 |
| Page: | 1 of 9 |
| Date Issued: | 08/26/2009 |

**TransUnion.**

## Personal Information

| | |
|---|---|
| Name: | BRIAN M. WILSON |

| | |
|---|---|
| SSN: | XXX-XX-5961 |
| Date of Birth: | Redacted /1974 |
| Telephone: | Redacted-3146 |

Your SSN is partially masked for your protection.

| | |
|---|---|
| Other Names: | LASHA,BRIAN,M |

You have been on our files since 09/1988

### CURRENT ADDRESS

| | |
|---|---|
| Address: | 5512 TINCUP DR |
| | LAS VEGAS, NV 89130 |
| Date Reported: | 12/1999 |

### PREVIOUS ADDRESS

| | |
|---|---|
| Address: | 751 N TENAYA WY 201 |
| | LAS VEGAS, NV 89128 |
| Date Reported: | 02/1997 |
| Address: | 64 PARKVIEW AV |
| | LACKAWANNA, NY 14218 |

### EMPLOYMENT DATA REPORTED

| | | | |
|---|---|---|---|
| Employer Name: | THUMPERTALK INC | Position: | 14 |
| Date Verified: | 08/2007 | Hired: | |
| Employer Name: | ADT SECURITY SERVICES INC | Position: | |
| Date Reported: | 08/1999 | Hired: | |
| Employer Name: | MC MOMMUNICATIO | Position: | |
| Date Reported: | 04/1996 | Hired: | |
| Employer Name: | FOREST CITY AUTO PARTS | Position: | |
| Date Reported: | 11/1992 | Hired: | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

**AMERICAN EXPRESS** Redacted 8893
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 08/2009 |
| High Balance: | $466 |
| Credit Limit: | $9,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | AUTHORIZED ACCOUNT |
| Date Opened: | 02/2000 |

Loan Type: CREDIT CARD

| Late Payments (48 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug |

To dispute online go to: http://transunion.com/disputeonline

TU 0135

Consumer Credit Report for  BRIAN M. WILSON

| | |
|---|---|
| File Number: | 185264326 |
| Page: | 2 of 9 |
| Date Issued: | 08/26/2009 |

---

### AMERICAN EXPRESS Redacted 4613

PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| | | | |
|---|---|---|---|
| Balance: | $5,957 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 08/2009 | Account Type: | OPEN ACCOUNT |
| High Balance: | $18,641 | Responsibility: | AUTHORIZED ACCOUNT |
| | | Date Opened: | 01/2000 |

Loan Type: CREDIT CARD

Late Payments (48 months): 30 = 0  60 = 0  90+ = 0

Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug |

---

### AMERICAN EXPRESS Redacted 7003

PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| | | | |
|---|---|---|---|
| Balance: | $1,897 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 03/2003 | Account Type: | OPEN ACCOUNT |
| High Balance: | $3,351 | Responsibility: | ACCOUNT RELATIONSHIP TERMINATED |
| | | Date Opened: | 09/2000 |
| | | Date Closed: | 02/2003 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

Late Payments (16 months): 30 = 0  60 = 0  90+ = 0

Last 16 months

| OK | X | OK | OK | OK | OK | X | OK | OK | X | OK | OK | OK | OK | OK | OK |
|----|---|----|----|----|----|---|----|----|---|----|----|----|----|----|----|
| feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov |

---

### AMERICAN EXPRESS #Redacted 7003

PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 03/2003 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $0 | Responsibility: | ACCOUNT RELATIONSHIP TERMINATED |
| | | Date Opened: | 09/2000 |
| | | Date Closed: | 02/2003 |
| | | Date Paid: | 02/2003 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

Late Payments (01 month): 30 = 0  60 = 0  90+ = 0

Last 1 month

| OK |
|----|
| feb |

---

### APPLIED BANK Redacted 9941

4700 EXCHANGE COURT
BOCA RATON, FL 33431-0966
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 12/2004 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $2,247 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $2,300 | Date Opened: | 05/1996 |
| | | Date Closed: | 05/2003 |
| | | Date Paid: | 05/2003 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

Late Payments (48 months): 30 = 0  60 = 0  90+ = 0

Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec |

---

### BANK OF AMERICA Redacted 0613

4060 OGLETOWN STANTON RD
DE5-019-03-07
NEWARK, DE 19713
(800) 421-2110

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 08/2009 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $11,098 | Responsibility: | AUTHORIZED ACCOUNT |
| | | Date Opened: | 03/2000 |
| | | Date Paid: | 07/2009 |

Loan Type: FLEXIBLE SPENDING CREDIT CARD

Late Payments (40 months): 30 = 0  60 = 0  90+ = 0

Last 40 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | X | X | X | OK |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|---|---|---|----|
| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug |

| OK | X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|----|---|---|---|---|----|----|----|----|----|----|----|----|----|
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr |

---

Consumer Credit Report for BRIAN M. WILSON

| | |
|---|---|
| File Number: | 185264326 |
| Page: | 3 of 9 |
| Date Issued: | 08/26/2009 |

**TransUnion.**

---

**BANK OF AMERICA** Redacted 6599
4161 PIEDMONT PKWY
NC4-105-01-34
GREENSBORO, NC 27410-8110
(800) 215-6195

| | | | |
|---|---|---|---|
| Balance: | $72,185 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 07/2009 | Account Type: | LINE OF CREDIT ACCOUNT |
| High Balance: | $75,000 | Responsibility: | JOINT ACCOUNT |
| Credit Limit: | $75,000 | Date Opened: | 11/2004 |

Loan Type: HOME EQUITY LOAN

Late Payments (48 months): 30: 0  60: 0  90+: 0   Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul |

---

**BANK OF AMERICA** Redacted 7689
4060 OGLETOWN STANTON RD
DE5-019-03-07
NEWARK, DE 19713
(800) 421-2110

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 04/2007 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $3,462 | Responsibility: | AUTHORIZED ACCOUNT |
| Credit Limit: | $9,500 | Date Opened: | 03/2000 |
| | | Date Closed: | 04/2007 |
| | | Date Paid: | 01/2007 |

Loan Type: CREDIT CARD
Remarks: CREDIT CARD LOST/STOLEN

Late Payments (48 months): 30: 0  60: 0  90+: 0   Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr |

---

**BANK OF AMERICA MORTGAGE** Redacted 6026
4161 PIEDMONT PKWY
GREENSBORO, NC 27410
(800) 285-6000

| | | | |
|---|---|---|---|
| Balance: | $116,222 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 08/2009 | Account Type: | MORTGAGE ACCOUNT |
| High Balance: | $116,800 | Responsibility: | JOINT ACCOUNT |
| Collateral: | FANNIE MAE # 1708698171 | Date Opened: | 03/2009 |
| Terms: | 360 MONTHLY $637 | | |

Loan Type: CONVENTIONAL REAL ESTATE MTG

Late Payments (04 months): 30: 0  60: 0  90+: 0   Last 4 months

| OK | OK | OK | OK |
|---|---|---|---|
| jul | jun | may | apr |

---

**CAPITAL ONE BANK USA NA #** Redacted 2437
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | UNRATED |
| Date Updated: | 05/2000 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $0 | Responsibility: | INDIVIDUAL ACCOUNT |
| | | Date Opened: | 05/2000 |
| | | Date Closed: | 05/2000 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

---

**CHASE** Redacted 2082
800 BROOKSEDGE BLVD
WESTVILLE, OH 43081
(800) 356-0011

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 02/2005 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $5,741 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $5,600 | Date Opened: | 07/1998 |
| | | Date Closed: | 02/2005 |
| | | Date Paid: | 12/2004 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

Late Payments (48 months): 30: 0  60: 0  90+: 0   Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |
| '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

---

**To dispute online go to: http://transunion.com/disputeonline**

TU 0137

Consumer Credit Report for BRIAN M. WILSON

File Number: 185264326
Page: 4 of 9
Date Issued: 08/26/2009

---

**CHASE** Redacted  7298
800 BROOKSEDGE BLVD
WESTVILLE, OH 43081
(800) 356-0011

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| Balance: | $0 |
| Date Updated: | 02/2004 |
| High Balance: | $1,644 |
| Credit Limit: | $1,500 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 11/2000 |
| Date Closed: | 12/2003 |


Late Payments (37 months): 30: 0  60: 0  90+: 0

Last 37 months

| '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**DISCOVER FINCL SVC LLC** Redacted 2575
PO BOX 15316
WILMINGTON, DE 19850-5316
(800) 347-2683

Loan Type: CREDIT CARD

| Balance: | $0 |
| Date Updated: | 08/2009 |
| High Balance: | $6,307 |
| Credit Limit: | $8,800 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | AUTHORIZED ACCOUNT |
| Date Opened: | 07/2008 |
| Date Paid: | 07/2009 |


Late Payments (13 months): 30: 0  60: 0  90+: 0

Last 13 months

| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK |

---

**FORD MOTOR CREDIT** Redacted 9865
ONE THE AMERICAN RD
MAIL DROP 7340
DEARBORN, MI 48121
(800) 727-7000

Loan Type: AUTOMOBILE
Remarks: CLOSED

| Balance: | $0 |
| Date Updated: | 09/2008 |
| High Balance: | $37,669 |
| Terms: | 60 MONTHLY $676 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 03/2004 |
| Date Closed: | 09/2008 |


Late Payments (48 months): 30: 0  60: 0  90+: 0

Last 48 months

| aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**FORD MOTOR CREDIT** Redacted 1599
ONE THE AMERICAN RD
MAIL DROP 7340
DEARBORN, MI 48121
(800) 727-7000

Loan Type: AUTOMOBILE
Remarks: CLOSED

| Balance: | $0 |
| Date Updated: | 03/2004 |
| High Balance: | $40,889 |
| Terms: | 63 MONTHLY $697 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 10/2000 |
| Date Closed: | 03/2004 |

Late Payments (42 months): 30: 0  60: 0  90+: 0

Last 42 months

| feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X |

| feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**To dispute online go to: http://transunion.com/disputeonline**

TU 0138

**Consumer Credit Report for  BRIAN M. WILSON**

| | |
|---|---|
| File Number: | 185264326 |
| Page: | 5 of 9 |
| Date Issued: | 08/26/2009 |

**TransUnion**

---

### GEMB/JC PENNEY DC # Redacted 9367

P O BOX 981424
EL PASO, TX 79998
(866) 227-5213

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 08/2009 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $0 | Responsibility: | JOINT ACCOUNT |
| Credit Limit: | $3,800 | Date Opened: | 02/2006 |
| | | Date Closed: | 04/2006 |

Loan Type: CREDIT CARD
Remarks: CREDIT CARD LOST/STOLEN

| Late Payments (40 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 40 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | |
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | | | | | | | | |

---

### GEMB/JCP Redacted 5481

PO BOX 981402
EL PASO, TX 79998
(800) 542-0800

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 03/2006 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $775 | Responsibility: | JOINT ACCOUNT |
| Credit Limit: | $500 | Date Opened: | 04/1998 |
| | | Date Closed: | 03/2006 |
| | | Date Paid: | 03/2003 |

Loan Type: CHARGE ACCOUNT
Remarks: ACCT CLOSED DUE TO TRANSFER

| Late Payments (48 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

---

### HSBC BANK Redacted 7641

PO BOX 5253
CAROL STREAM, IL 60197
(800) 477-6000

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 12/2004 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $1,130 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $1,300 | Date Opened: | 04/1996 |
| | | Date Closed: | 12/2004 |
| | | Date Paid: | 12/2004 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (48 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec |

---

### HSBC COMP USA Redacted 5907

PO BOX 5253
CAROL STREAM, IL 60197
(302) 327-2000

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 07/2009 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $6,041 | Responsibility: | JOINT ACCOUNT |
| Credit Limit: | $5,700 | Date Opened: | 08/1996 |
| | | Date Closed: | 01/2005 |
| | | Date Paid: | 01/2005 |

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (48 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul |
| X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul |

---

**To dispute online go to: http://transunion.com/disputeonline**

**Consumer Credit Report for BRIAN M. WILSON**

| | |
|---|---|
| File Number: | 185264326 |
| Page: | 6 of 9 |
| Date Issued: | 08/26/2009 |

---

### NATIONAL CITY BANK #<sup>Redacted</sup>3651

PO BOX 94982
CLEVELAND, OH 44101-4982
(800) 738-3888

Loan Type: RECREATIONAL MERCHANDISE
Remarks: CLOSED

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 08/2007 |
| High Balance: | $22,890 |
| Terms: | 144 MONTHLY |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 05/2001 |
| Date Closed: | 08/2007 |



Late Payments (48 months): 30: 0  60: 0  90+: 0    Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug |

---

### SEARS/CBSD Redacted 9571

701 E 60TH ST NORTH
PO BOX 6241
SIOUX FALLS, SD 57117
(800) 917-7700

Loan Type: CREDIT CARD

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 08/2009 |
| High Balance: | $1,599 |
| Credit Limit: | $2,400 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | AUTHORIZED ACCOUNT |
| Date Opened: | 03/2000 |
| Date Paid: | 05/2007 |

Late Payments (48 months): 30: 0  60: 0  90+: 0    Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug |

---

### THE HOME DEPOT/CBSD Redacted 0836

PO BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 677-0232

Loan Type: CHARGE ACCOUNT

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 03/2005 |
| High Balance: | $776 |
| Credit Limit: | $1,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 09/2000 |
| Date Paid: | 12/2004 |



Late Payments (48 months): 30: 0  60: 0  90+: 0    Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

---

### WFS/WACHOVIA DEALER SVS Redacted 0954

PO BOX 1697
WINTERVILLE, NC 28590
(800) 289-8004

Loan Type: AUTOMOBILE
Remarks: CLOSED

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 12/2004 |
| High Balance: | $23,018 |
| Terms: | 72 MONTHLY $503 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 02/1999 |
| Date Closed: | 12/2004 |

Late Payments (48 months): 30: 0  60: 0  90+: 0    Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec |

Consumer Credit Report for BRIAN M. WILSON

| | |
|---|---|
| File Number: | 185264326 |
| Page: | 7 of 9 |
| Date Issued: | 08/26/2009 |

 TransUnion.

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**QUICKEN HOME LOANS I VIA FIRST AMERICAN CREDCO**
12385 FIRST AMERIC
POWAY, CA 92064
(800) 986-4343
Requested On: 03/30/2009   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**406 BANK OF AMERICA VIA BANK OF AMERICA**
9000 SOUTHSIDE BV.
#700
JACKSONVILLE, FL 32256
Phone number not available
Requested On: 12/02/2008   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**406 BANK OF AMERICA VIA BANK OF AMERICA**
9000 SOUTHSIDE BV.
#700
JACKSONVILLE, FL 32256
Phone number not available
Requested On: 12/02/2008   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**406 BANK OF AMERICA VIA BANK OF AMERICA**
9000 SOUTHSIDE BV.
#700
JACKSONVILLE, FL 32256
Phone number not available
Requested On: 12/01/2008   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**2901 BLAKE MORTGAGEJ VIA FACTUAL DATA OF NEVADA**
7455 W. AZURE DRIV
SUITE 130
LAS VEGAS, NV 89130
(702) 221-9196
Requested On: 02/05/2008   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**HOME FINANCE USA VIA CREDIT NETWORK INC**
PO BOX 407
RIVERSIDE, CA 92502
(909) 788-8070
Requested On: 01/30/2008   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**RBS CITIZENS, N.A.**
1 CITIZENS DR
INDIR AUTO
RIVERSIDE, RI 02915
(401) 456-7000
Requested On: 08/29/2007   Inquiry Type: JOINT

**BEACON FINANCIAL SERVICE**
100 HALLS RD
OLD LYME, CT 06371
Phone number not available
Requested On: 08/28/2007   Inquiry Type: JOINT

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**BANK OF AMERICA**
4161 PIEDMONT PKWY
GREENSBORO, NC 27410-8110
(800) 451-6362
Requested On: 08/2009

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 08/2009
Permissible Purpose: CONSUMER REQUEST

**Consumerinfo/DirectToCon**
18500 VON KARMAN A
SUITE 900
IRVINE, CA 92612
(866) 673-0141
Requested On: 07/2009
Permissible Purpose: CREDIT MONITORING

**NATIONAL INTERSTATE**
3250 INTERSTATE DR
RICHFIELD, OH 44286
(330) 659-8900
Requested On: 07/2009
Permissible Purpose: INSURANCE UNDERWRITING

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 07/2009
Permissible Purpose: CONSUMER REQUEST

**TRILEGIANT VIA MERCHANT**
100 CONNECTICUT AVE
NORWALK, CT 06850-3541
Phone number not available
Requested On: 04/2009

Consumer Credit Report for BRIAN M. WILSON

| | |
|---|---|
| File Number: | 185264326 |
| Page: | 8 of 9 |
| Date Issued: | 08/26/2009 |

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 03/2009
Permissible Purpose: CONSUMER REQUEST

**AMERICAN EXPRESS**
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717
Requested On: 11/2008

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 07/2008
Permissible Purpose: CONSUMER REQUEST

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 03/2008
Permissible Purpose: CONSUMER REQUEST

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 11/2007
Permissible Purpose: CONSUMER REQUEST

**GMACIINSURANCE VIA GMAC INSURANCE**
ONE GMAC INSURANCE
EARTH CITY, MO 63045
(800) 847-6442
Requested On: 09/2007
Permissible Purpose: INSURANCE UNDERWRITING

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 09/2007
Permissible Purpose: CONSUMER REQUEST

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 08/2007
Permissible Purpose: CONSUMER REQUEST

**TRILEGIANT VIA MERCHANT**
100 CONNECTICUT AVE
NORWALK, CT 06850-3541
Phone number not available
Requested On: 01/2009

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 07/2008
Permissible Purpose: CONSUMER REQUEST

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 05/2008
Permissible Purpose: CONSUMER REQUEST

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 01/2008
Permissible Purpose: CONSUMER REQUEST

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 10/2007
Permissible Purpose: CONSUMER REQUEST

**NATIONAL INTERSTATE**
3250 INTERSTATE DR
RICHFIELD, OH 44286
(330) 659-8900
Requested On: 09/2007
Permissible Purpose: INSURANCE UNDERWRITING

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 09/2007
Permissible Purpose: CONSUMER REQUEST

**PRIVACYGUARD VIA CONSUMERINFO.COM**
18500 VON KARMEN A
IRVINE, CA 92612
Phone number not available
Requested On: 08/2007
Permissible Purpose: CONSUMER REQUEST

## Special Messages

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This statement has no expiration date.)

**To dispute online go to: http://transunion.com/disputeonline**          TU 0142

**Consumer Credit Report for BRIAN M. WILSON**

File Number:     185264326
Page:            9 of 9
Date Issued:     08/26/2009

**TransUnion.**

## Should you wish to initiate an investigation, you may do so,

**At our web site:**
http://transunion.com/disputeonline

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).