UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN M. WILSON, | 2:07-cv-0616-LDG-LRL |
| Plaintiff, | |
| v. | **ORDER** |
| AARGON AGENCY INC., et al., | |
| Defendants. | |

On December 15, 2012, plaintiff filed a motion for partial summary judgment on liability only, for count one of his complaint for violations of the Fair Debt Collection Practices Act (#66, opposition #76, reply #77).  While plaintiff's motion carries weight on the merits, defendants are correct in that the motion was filed out of time of the dispositive motion deadline of October 5, 2009, set by the latest approved scheduling order.  Whatever the reasons for the failure to submit a revised scheduling order as directed by the court, or to unilaterally file one if the parties could not come to agreement, the issues raised in plaintiff's motion for partial summary judgment must now proceed to adjudication at trial.

THE COURT HEREBY ORDERS that plaintiff's motion for partial summary judgment (#66) is DENIED.

Dated this ____ day of September, 2013.

_____
Lloyd D. George
United States District Judge