UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN M. WILSON, | 2:07-cv-0616-LDG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| AARGON AGENCY INC., et al., | |
| Defendants. | |

Plaintiff Wilson has filed a motion in limine to exclude reference to attorney's motives or attorney's fees (#85, response #87, reply #90).  Judges have broad discretion when ruling on motions in limine, see, e.g., Jenkins v. Chrysler Motors Corp., 316 F.3d 663, 664 (7th Cir. 2002), and a district court's ruling on a motion in limine is subject to change, particularly in light of developing trial considerations.  See Luce v. United States, 469 U.S. 38, 41-42 (1984).  That being said, the clear weight of authority favors exclusion, and the court adopts the reasoning of Brooks v. Cook, 938 F.2d 1048, 1050 (9th Cir. 1991).

Defendants have filed a motion to dismiss pursuant to Fed. R. Civ. P. 41(b) and local rule 41-1 for want of prosecution (#86, response #91, reply #92).  The motion will be denied.  However, the parties have yet to comply with the filing of a proposed joint pretrial order.  The filing of separate pretrial orders is unacceptable.  Local Rules 16-3 and 16-4 provide a mechanism for filing a proposed joint pretrial order even if disagreements as to content and form exist between the parties.  The court will order the parties to comply with the rule or face sanctions.

Furthermore, plaintiff will be responsible for filing the proposed joint pretrial order after conferencing with defendants.

     THE COURT HEREBY ORDERS that plaintiff's motion in limine to exclude reference to attorney's motives or attorney's fees (#85) is GRANTED.

     THE COURT FURTHER ORDERS that defendants' motion to dismiss for want of prosecution (86) is DENIED.

     THE COURT FURTHER ORDERS that the parties shall have 60 days from the filing of this order in which to file a proposed joint pretrial order, or face sanctions. Plaintiff shall be responsible for filing the proposed joint pretrial order after conferencing with defendants.

Dated this 26 day of March, 2015.

_____
Lloyd D. George
United States District Judge