UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BRIAN M. WILSON<br><br>  Plaintiff<br><br>VS<br><br>AARGON AGENCY, INC. ET AL.,<br>  Defendant | **JUDGE LLOYD D. GEORGE'S<br>ORDER REGARDING TRIAL**<br><br>2:07-CV-0616-LDG-VCF |

1. Attached hereto is a list of cases that are presently scheduled for trial before the Honorable Lloyd D. George, United States District Judge, at Las Vegas, Nevada, commencing on **MONDAY**, the **2TH** day of **NOVEMBER, 2015 at 9:00 o'clock AM.** This is a two-week trial stack.

2. Counsel for all parties in the civil and criminal cases shall appear in Courtroom **6B** on **TUESDAY ,** the **27th day of OCTOBER, 2015 at 2:00 PM** for Calendar Call. Unless a party in a civil case or a defendant in a criminal case is appearing pro se, the individual parties in civil cases and the defendants in criminal cases will not be required to appear for Calendar Call unless the Court directs otherwise.

3. Counsel or their clients will be excused from Calendar Call if prior to the scheduled calendar call settlement papers have been filed in a civil case or a defendant's plea of guilty or nolo contendere has been accepted in a criminal case.

4. At the Calendar Call, all cases that remain to be tried will be ranked in order of trial. Thereafter, the Court will not grant a continuance to any party absent a showing of good cause. Unless the Court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS'** notice from the clerk.

5. <u>CHANGE OF PLEA HEARINGS</u>. Change of plea hearings will be set on Tuesdays immediately following calendar call. It shall be the joint responsibility of counsel for the United States and for Defendant(s) to ensure that the original and two copies of the plea agreement, together with a copy of the indictment, are delivered to Judge George's chambers by 4:00 p.m. on Monday, the day before the change of plea hearing. It shall further be the responsibility of counsel for the United States to ensure that any necessary produce orders are timely delivered to the United States Marshal to ensure the presence of all in-custody defendants for a change of plea, and to ensure proper notification for the attendance of any court interpreter which may be required for the particular case.

6. <u>STATUS HEARING</u>. The Court may conduct a status conference prior to the scheduled Calendar Call. If the Court is satisfied during the status conference that the case is ready for trial, the Court may vacate the Calendar Call.

7. <u>WITNESSES</u>. Counsel shall immediately subpoena all witnesses for the time and trial date as listed above. Inasmuch as the cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the **office of counsel** for further instructions prior to appearing for trial. Witnesses are not required to be present at the Calendar Call but must appear as subpoenaed.

8. <u>EXHIBITS</u>. <u>At least three (3) court days prior to trial</u>, counsel shall supply the Courtroom Administrator with the **original** and **two** copies of a complete exhibit list of all exhibits that are intended to be used during the trial. At the same time, counsel shall serve upon opposing counsel a copy of the same. <u>Plaintiffs shall use numerals 1 through 499 and defendants shall use numerals 500 through 999</u>. Exhibits that are on the same subject matter may be marked as a series: that is, Plaintiff's 1-A, 1-B, etc., and Defendant's 500-A, 501-B, etc. If the total exhibits per side exceed 15, the exhibits are to be placed in 3-ring binders with numbered dividers. The exhibits are to be listed on the form provided by the Clerk's Office or obtained from the Court's website *www.nvd.uscourts.gov.* The form may be computer-generated but must conform to the requirements of the Court's form. Counsel shall retain possession of their exhibits until such time as they are identified in open court; thereafter, the exhibits shall remain in the custody of the Courtroom Administrator unless otherwise ordered.

1  9. <u>MARKING EXHIBITS.</u>  During preparations for trial, counsel for all parties shall meet, confer, pre-mark and exchange all trial exhibits.  At least three **(3) <u>court</u>** days in advance of trial, counsel in civil cases shall notify the Courtroom Administrator that the exhibits have been pre-marked.

10. <u>EVIDENCE DISPLAY EQUIPMENT.</u> Counsel wishing to utilize the Court's evidence display equipment must contact the Courtroom Administrator to determine its availability and to arrange for training. Counsel wishing to utilize their laptops, video recordings, et cetera, must contact the Courtroom Administrator to arrange a time and date prior to trial to test these to ensure they are compatible with the Court's systems equipment.

11. <u>TRIAL JUDGE.</u>  Although the cases that are listed on the attached trial calendar are assigned to Judge George, the cases may proceed to trial before another Nevada district judge or a visiting District Judge.

12. <u>CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE</u>.  Counsel and parties in civil actions are reminded of their right to consent to disposition before a United States Magistrate Judge pursuant to Title 28, Section 636(c)(2) of the United States Code.  The right to proceed before a Magistrate Judge in a civil case includes those cases that will be tried before a jury as well as those cases to be tried before the Court sitting without a jury.  Any appeal from a judgment in a proceeding before a Magistrate Judge shall be taken directly to the United States court of Appeals.  The option to proceed before a Magistrate Judge is available to the parties at the time an action is commenced.  The Court may refuse to approve a consent if it appears to be motivated by an effort to delay the proceeding.

13. <u>SANCTIONS</u>.  As provided for under the Local Rules of Practices of this court, the Court will consider the imposition of sanctions against any attorney who: (1) fails to timely file trial briefs, suggested voir dire questions and proposed jury instructions or proposed findings of fact and conclusions of law, whichever is applicable, as prescribed by the Pretrial Order, Order Regarding Pretrial Procedure, Scheduling Order or any order extending the time for such filings; (2) fails to comply with the provision of this order including, but not limited to, the failure to appear for calendar call without first having been excused by the court or the clerk with the permission of the Court; or (3) fails to timely comply with any other order that schedule deadlines for trial preparation.

14. CONTACT PERSON. All questions and information regarding the trial calendar are to be directed to Denise Saavedra, Courtroom Administrator, at 702-464-5467 or *Denise_Saavedra@nvd.uscourts.gov.*

15. The **date** of the Clerk's file mark shall constitute the date of this order.

**IT IS SO ORDERED.**

                                         /S/
                            LLOYD D. GEORGE
                            United States District Judge

TRIAL CALENDAR OF THE HONORABLE LLOYD D. GEORGE, UNITED STATES DISTRICT JUDGE, AT LAS VEGAS, NEVADA, COMMENCING ON **MONDAY, NOVEMBER 2, 2015 AT 9:00 A.M.**, WITH CALENDAR CALL SET FOR **TUESDAY**, **OCTOBER 27, 2015 AT 2:00 P.M.**, COURTROOM 6B

---

1. 2:15-cr-0068-LDG-VCF                UNITED STATES OF AMERICA
                                                                vs.
                                                      RIKKY WAYNE GUTIERREZ          (CUSTODY)

Jury Trial (Estimated _ Day)
2 Stipulations Filed                   1-Count Criminal Indictment:

                                       **Count 1**: 18 USC § 2113(a)
                                       Bank Robbery

**For Plaintiff:**                     **For Defendant:**
Amber Craig, *AUSA*                    William Carrico, *AFPD*
Robert Knief, *AUSA*                   702-388-6577
702-388-6336

---

2. 2:15-cr-0116-LDG-NJK                UNITED STATES OF AMERICA
                                                                vs.
                                                      ALEJANDRO MENDOZA              (CUSTODY)

Jury Trial (Estimated _ Day)
2 Stipulations Filed                   1-Count Criminal Indictment:

                                       **Count 1**: 18 USC § 922(g)(1) and 924(a)(2)
                                       Felon in Possession of a Firearm

**For Plaintiff:**                     **For Defendant:**
Alexandra Michael, *AUSA*              David R. Fischer, *Retained*
702-388-6336                           702-547-3944

---

                                                      CIVIL


3. 2:07-cv-0616-LDG-VCF                BRIAN M. WILSON
                                                                vs.
                                                      AARGON AGENCY, INC. ET AL.,

Jury Trial (Estimated _ Day)
                                       Complaint:

                                       Fair Debt Collection Practices Act

**For Plaintiff:**                     **For Defendant:**
Craig Friedberg                        Mark J. Bourassa
702-435-7968                           702-851-2180
                                       Trent L. Richards
                                       702-851-2180