THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| BRIAN M. WILSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC., *et al.*,<br><br>　　　　　Defendants. | 2:07-cv-00616-LDG-VCF<br><br>DATE: November 20, 2015<br><br>MINUTES OF PROCEEDINGS:<br>Jury Trial (Day 5) |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich　　COURT REPORTER: Araceli Bareng

COUNSEL FOR PLAINTIFF:　　　　Craig Friedberg and Barak Berlin

COUNSEL FOR DEFENDANT:　　　Mark Bourassa and Trent Richards

MINUTES OF PROCEEDINGS: Jury Trial (Day 5)

Plaintiff Brian Wilson is present at plaintiff's counsel table. Defendant Duane Christy is present at defendant's counsel table.

9:18 a.m.  The Court convenes in the presence of the jury. Portions of the deposition testimony of **AARON DAWSON** are read into the record by Mr. Berlin and Mr. Friedberg. Mr. Bourassa and Mr. Berlin read additional portions of the deposition testimony of **AARON DAWSON**.  **EXHIBIT 33 is marked and admitted into evidence.**

9:56 a.m.  **ERRICCA ODAZIER**, called on behalf of the Plaintiff, is sworn and testifies on direct examination by Mr. Friedberg.

10:36 a.m.  The jury is admonished and excused for an afternoon break. The Court stands at recess.

10:52 a.m.  The Court reconvenes in the presence of the jury. **ERRICCA ODAZIER**, previously sworn and called by the plaintiff, takes the witness stand and Mr. Friedberg continues direct examination. Mr. Bourassa conducts cross examination. Mr. Friedberg conducts redirect examination. Mr. Bourassa conducts re-cross examination. The witness is excused.

12:01 p.m.  The jury is admonished and excused for lunch. The Court stands at recess.

12:06 p.m.  The Court and parties discuss scheduling and jury instructions outside the presence of the jury.

1:16 p.m.  The Court convenes outside the presence of the jury. The court hears oral arguments on the Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(a) (ECF No. 126). The plaintiff makes an oral Federal Rule of Civil Procedure 50 Motion, as stated on the

record.  The Court DENIES WITHOUT PREJUDICE both the Defendant's Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(a) (ECF No. 126) and the Plaintiff's oral Federal Rule of Civil Procedure 50 Motion.

2:42 p.m.  The Court stands at recess for an afternoon break.

2:54 p.m.  The Court reconvenes in the presence of the jury.  **DOUGLAS PRINCE**, called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Bourassa.  **EXHIBIT 517 is marked and admitted into evidence.**

3:47 p.m.  The jury is admonished and excused for an afternoon break.  The Court stands at recess.

4:02 p.m.  The Court convenes outside the presence of the jury to discuss jury instructions and scheduling issues.

4:09 p.m.  The Court reconvenes in the presence of the jury.  **DOUGLAS PRINCE**, previously sworn and called by the defendant, takes the witness stand and Mr. Friedberg conducts cross examination.  **EXHIBITS 40 and 41 are marked and admitted into evidence.**

5:00 p.m.  The jury is admonished and excused for the day.

5:04 p.m.  The Court and parties discuss matters outside the presence of the jury.  The Court adjourns.

Jury trial shall continue on Monday, November 23, 2015 at 8:30 a.m. in LV Courtroom 6B before Chief Judge Gloria M. Navarro.

                                                LANCE S. WILSON, CLERK
                                                U.S. DISTRICT COURT

                                                BY:_____/S/_____
                                                Aaron Blazevich, Deputy Clerk