**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| BRIAN M. WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC, *et al.*,<br><br>    Defendants. | 2:07-cv-00616-LDG-VCF<br><br>**ORDER** |

Before the Court are Plaintiff's Motion for Entry of Consent Order and Request for Attorneys' Fees Under 28 U.S.C. § 1927 and/or the Inherent Power of the Court (ECF NOS. 140 and 145), Aargon Agency, Inc. and Duane Christy's Motion to Enforce Settlement Agreement (ECF NO. 143).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Entry of Consent Order and Request for Attorneys' Fees Under 28 U.S.C. § 1927 and/or the Inherent Power of the Court (ECF NOS. 140 and 145), Aargon Agency, Inc. and Duane Christy's Motion to Enforce Settlement Agreement (ECF NO. 143) is scheduled for 11:00 a.m., May 27, 2016, in courtroom 3D.

DATED this 13th day of May, 2016.

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE