UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN M. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>AARGON AGENCY INC., et al.,<br><br>    Defendants. | 2:07-cv-0616-LDG-LRL<br><br>**ORDER** |

The court finds the report and recommendation submitted by the magistrate judge to be balanced and well-reasoned. Therefore,

THE COURT HEREBY ORDERS that the recommendations (#154) are hereby ADOPTED.

Dated this ___ day of August, 2016.

_____
Lloyd D. George
United States District Judge