UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN M. WILSON, | 2:07-cv-0616-LDG-LRL |
| Plaintiff, | |
| v. | **ORDER** |
| AARGON AGENCY INC., et al., | |
| Defendants. | |

THE COURT HEREBY ORDERS that plaintiff's motion to strike documents and testimony of Douglas Prince (#129) and motions pursuant to Rule 50(a) (#130 and 131) are DENIED without prejudice.

THE COURT FURTHER ORDERS that, pursuant to the consent order (#156), this case is administratively CLOSED for statistical purposes pending the right of any party to reopen to enforce the consent order.

Dated this 23 day of September, 2016.

_____
Lloyd D. George
United States District Judge